Civil Action No. **2:24CV08187**   Case Name: **Linda Cooper vs County of San Luis Obispo; et al.**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  **County of San Luis Obispo, a governmental entity, form unknown**
was received by me on  **September 25, 2024**

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at  , ,  on  2:00 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with  , a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **Matt Pontes - Chief Administrative Officer** , who is designated by law to accept service of process on behalf of **County of San Luis Obispo, a governmental entity, form unknown**  on **September 26, 2024  2:00 PM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 174.90 for services, for a total of $ 174.90

I declare under penalty of perjury that this information is true.

Date: September 26, 2024

_____
Server's signature

**Andrea GallenKamp**
*Printed name and title*

**Contracted by DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
*Server's Address*

A0440-580410

**DDS Legal Support**
2900 Bristol Street
Costa Mesa, CA 92626
Phone: (714) 662-5555   Fax: (714) 662-3379

## Continued from Proof of Service

**CLIENT:** Cameron Sehat Law Offices
**CLIENT FILE #:** Linda Cooper                              **DATE:** October 3, 2024
**SUBJECT:** County of San Luis Obispo, a governmental entity, form unknown
**SERVED:** Mei-Lin Gee - Administrative Services Officer -

```
Civil Cover Sheet; Certification and Notice of Interested Parties;
Declaration of Successors-In-Interest; Notice of Assignment to
United States Judges; Notice to Parties of Court-Directed ADR
Program; Notice to Counsel Re Consent to Proceed Before a United
States Magistrate Judge
```



Order#: 580410/DocAtt2010

| Attorney or Party without Attorney: | | FOR COURT USE ONLY |
|---|---|---|
| Cameron Sehat, Esq., SBN: 256535<br>Cameron Sehat Law Offices<br>5100 Campus Drive, Suite 200<br>Newport Beach, CA 92660<br>TELEPHONE No.: (949) 825-5200 | E-MAIL ADDRESS (Optional): ah@sehatlaw.com; cameron@sehatlaw.com<br>FAX No. (Optional): (949) 313-5001 | |
| Attorney for: | Ref No. or File No.: Linda Cooper | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Central District of California, Western Division - Edward R. Roybal

Plaintiff: Linda Cooper
Defendant: County of San Luis Obispo; et al.

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 2:24CV08187 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Civil Cover Sheet; Certification and Notice of Interested Parties; Declaration of Successors-In-Interest; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Costa Mesa, California, addressed as follows:

   a. Date of Mailing:         September 27, 2024
   b. Place of Mailing:        Costa Mesa, CA
   c. Addressed as follows:    County of San Luis Obispo, a governmental entity, form unknown
                               ATTENTION: Matt Pontes - Chief Administrative Officer -
                               1055 Monterey St Rm D430
                               San Luis Obispo, CA 93408-1003

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.

Fee for Service: $ 174.90
DDS Legal Support
2900 Bristol Street
Costa Mesa, CA 92626
(714) 662-5555
Ref: Linda Cooper

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 27, 2024.

Signature: _____
Monica Figueroa

**PROOF OF SERVICE BY MAIL**

Order#: 580410/mailproof