Brian L. Hoffman (State Bar No. 150824)
bhoffman@wshblaw.com
Crystal L Rorabaugh (State Bar No. 313093)
crorabaugh@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310.481.7600 ♦ Fax: 310.481.7650

Attorneys for Defendant, JULIA TIDIK, NP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO,

　　　　　　Plaintiffs,

　　v.

COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit Corporation, JASON HOOSON, individually, SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually, JANET BROWN, individually, SHELLE WATSON, individually; DOES 1 through 10, inclusive,

　　　　　　Defendants.

Case No.  2:24-cv-08187-DDP-AJR

**DEFENDANT JULIA TIDIK'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL**

**District Judge** Hon. Stephen v. Wilson

Trial Date:　　　None Set

　　　COMES NOW Defendant, JULIA TIDIK, NP, (hereafter referred to as "this answering Defendant") to answer Plaintiff, LINDA COOPER, Individually, And on Behalf of the Estate of Decedent, ELINA QUINN BRANCO (hereafter referred to as

"Plaintiff"), Complaint, for herself and no other Defendant, and admits, denies, and alleges as follows:

1.     Answering Paragraph 1, this answering Defendant submits that no answer is required, as Paragraph 1 merely purports to recite the Plaintiffs. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the other allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

2.     Answering Paragraph 2, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant denies the allegations contained therein as to any alleged actions or inactions as to this answering Defendant, and expressly denies any alleged deliberately indifferent actions. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the other allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

3.     Answering Paragraph 3, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant denies the allegations contained therein as to any alleged actions or inactions of this answering Defendant, and expressly denies any alleged deliberately indifferent actions. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the other allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

4.      Answering Paragraph 4, this answering Defendant states that the paragraph contains legal conclusions and/or arguments regarding the claimed legal basis for Plaintiff's requested relief to which no response is required. To the extent a response is required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

5.      Answering Paragraph 5, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

6.      Answering Paragraph 6, , this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

7.      Answering Paragraph 7, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

8.      Answering Paragraph 8, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

9.      Answering Paragraph 9, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

10.    Answering Paragraph 10, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

11.    Answering Paragraph 11, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

12.    Answering Paragraph 12, Defendant states that the paragraph contains legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant admits.

13.    Answering Paragraph 13, this answering Defendant admits that the San Luis Obispo Crisis Stabilization Unit is located at 2180 B. Johnson Av., San Luis Obispo, CA 93401. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

14.    Answering Paragraph 14, this answering Defendant admits that Sierra Mental Wellness Group is a non-profit California Corporation.  Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

15.     Answering Paragraph 15, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

16.     Answering Paragraph 16, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

17.     Answering Paragraph 17, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

18.     Answering Paragraph 18, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

19.     Answering Paragraph 19, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

20.     Answering Paragraph 20, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

21.     Answering Paragraph 21, this answering Defendant admits to being the on-call nurse practitioner, acting in an individual capacity and not as a state actor. This answering Defendant specifically denies, at any time relevant to the complaint, being in an employer-employee or principal-agent relationship with SIERRA, or

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

acting as an agent for San Luis Obispo County. At all times relevant to the complaint, this answering Defendant was an independent contractor acting within the course and scope of her Service Contract with Sierra Mental Wellness Group. This answering Defendant denies, generally and specifically, each and every remaining allegation contained within this paragraph.

22.     Answering Paragraph 22, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

23.     Answering Paragraph 23, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

24.     Answering Paragraph 24, denies, generally and specifically, each and every allegation pertaining to this Answering Defendant. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

25.     Answering Paragraph 25, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

26.     Answering Paragraph 26, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

27.     Answering Paragraph 27, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

28.     Answering Paragraph 28, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

29.     Answering Paragraph 29, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

30.     Answering Paragraph 30, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

31.     Answering Paragraph 31, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

32.     Answering Paragraph 32, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

33.     Answering Paragraph 33, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

34.    Answering Paragraph 34, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

35.    Answering Paragraph 35, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

36.    Answering Paragraph 36, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

37.    Answering Paragraph 37, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

38.    Answering Paragraph 38, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

39.    Answering Paragraph 39, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

40.    Answering Paragraph 40, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

41.   Answering Paragraph 41, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

42.   Answering Paragraph 42, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

43.   Answering Paragraph 43, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

44.   Answering Paragraph 44, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

45.   Answering Paragraph 45, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

46.   Answering Paragraph 46, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

47.   Answering Paragraph 47, this answering Defendant admits to the extent that Decedent BRANCO was admitted to the CSU as a 5150 hold. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the Complaint and therefore

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

48.    Answering Paragraph 48, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

49.    Answering Paragraph 49, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

50.    Answering Paragraph 50, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

51.    Answering Paragraph 51, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

52.    Answering Paragraph 52, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

53.    Answering Paragraph 53, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

54.    Answering Paragraph 54, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

55.    Answering Paragraph 55, this answering Defendant admits to the extent that 911 was contacted, and notes that Defendant AURIOLES admitted in her Answer filed on November 7, 2024, that she was the individual who called to report Decedent BRANCO's unresponsiveness. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

56.    Answering Paragraph 56, this answering defendant admits to the extent that a mobile crisis response team from the SLO Fire department responded to the CSU to attend to Decedent BRANCO. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

57.    Answering Paragraph 57, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

58.    Answering Paragraph 58, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

59.     Answering Paragraph 59, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

60.     Answering Paragraph 60, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

61.     Answering Paragraph 61, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

62.     Answering Paragraph 62, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

63.     Answering Paragraph 63, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

64.     Answering Paragraph 64, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

65.     Answering Paragraph 65, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

66. Answering Paragraph 66, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant admits that the CSU staffing monitoring area is in the same open living area as clients. This answering Defendant denies that there is unobstructed visual sight to all four beds from the CSU staff monitoring area. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remainder of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

67. Answering Paragraph 67, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

68. Answering Paragraph 68, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

69. Answering Paragraph 69, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

70. Answering Paragraph 70, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

71.    Answering Paragraph 71, this answering Defendant admits to the extent that at all relevant times, the CSU was staffed and operated by SIERRA under a contract with SLO county, that the CSU is equipped with live closed-circuit surveillance video system that covered the area where decedent BRANCO would have been housed, and that the CSU can accommodate four patients. This answering Defendant further admits that the lobby doubles as a sleeping area. With respect to all allegations in this paragraph not specifically admitted, this answering Defendant denies, both generally and specifically, each and every remaining allegation.

72.    Answering Paragraph 72, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

73.    Answering Paragraph 73, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant admits that Decedent BRANCO was under a 5150 hold. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remainder of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

74.    Answering Paragraph 74, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

75.     Answering Paragraph 75, this answering Defendant denies, generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

76.     Answering Paragraph 76, this answering Defendant admits to the extent that the 2021-2022 Grand Jury made the findings alleged in this Paragraph. To the extent that this Paragraph is alleging the truth of the alleged Grand Jury findings, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

77.     Answering Paragraph 77, this answering Defendant denies that the 2021-2022 Grand Jury finding contained an admission from SIERRA that no nurse was ever physically stationed at the CSU Facility. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

78.      Answering Paragraph 78, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

79.     Answering Paragraph 79, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

DEFENDANT JULIA TIDIK'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL

80.     Answering Paragraph 80, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

81.     Answering Paragraph 81, this answering Defendant states that the paragraph contains statements of law, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant denies that it is liable to Plaintiff pursuant to the authorities cited.

82.     Answering Paragraph 82, this answering Defendant admits.

83.     Answering Paragraph 83, this answering Defendant refers to and incorporates by reference its responses to the incorporated paragraphs as though fully set forth herein.

84.     Answering Paragraph 84, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant denies, generally and specifically, the allegations contained therein as to any alleged actions or inactions of this answering Defendant, and expressly denies any alleged deliberately indifferent actions. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

85.     Answering Paragraph 85, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant denies, both generally and specifically, the

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

allegations contained therein as to any alleged actions or inactions of this answering Defendant, and expressly denies any alleged deliberately indifferent actions. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

86.     Answering Paragraph 86, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant denies the allegations contained therein as to any alleged actions or inactions as to this answering Defendant, and expressly denies any alleged deliberately indifferent actions. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

87.     Answering Paragraph 87, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant denies, generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

88.     Answering Paragraph 88, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant denies the allegations contained therein as to any alleged actions or inactions of this answering Defendant, and expressly denies any alleged deliberately indifferent actions. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

89.    Answering Paragraph 89, this answering Defendant states that the paragraph contains legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant denies that it is liable to Plaintiff pursuant to the authorities cited, and/or pursuant to any theory, cause of action, or that this answering Defendant breached any duty and/or violated any rights of Plaintiff at all, and therefore denies, generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

90.    Answering Paragraph 90, this answering Defendant states that this paragraph is incomplete and does not state any factual allegations, therefore, no answer is required. To the extent that a response is required, this answering Defendant denies that it is liable to Plaintiff pursuant to the authorities cited, and/or pursuant to any theory, cause of action, or that this answering Defendant breached any duty and/or violated any rights of Plaintiff at all, and therefore denies, generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

91.    Answering Paragraph 91, this Answering defendant states that the paragraph contains legal conclusions and/or arguments, therefore, no answer is required. To the extent a response is required, this Answering Defendant denies, both generally and specifically, any actions, conduct, or inaction that rises to the level of malice, fraud, or oppression pursuant to the authorities cited, and denies that the Plaintiff is entitled to punitive and exemplary damages as to this answering Defendant. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

92.    Answering Paragraph 92, this answering Defendant refers to and incorporates by reference its responses to the incorporated paragraphs as though fully set forth herein.

93.    Answering Paragraph 93, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant denies that it is liable to Plaintiff under the authorities cited, and/or pursuant to any theory, cause of action, or that this answering Defendant breached any duty and/or violated any rights of Plaintiff or Plaintiff's decedent at all. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

94.    Answering Paragraph 94, this answering Defendant denies, both generally and specifically, engaging in any acts or omissions that were a substantial departure of professional standards, practice or judgment. With respect to the allegations directed at the remaining Defendants, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

95.    Answering Paragraph 95, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

96.    Answering Paragraph 96, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

and/or arguments to which no response is required. To the extent that a response is required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

97.    Answering Paragraph 97, this Answering defendant states that the paragraph contains legal conclusions and/or arguments, therefore, no answer is required. To the extent a response is required, this Answering Defendant denies, both generally and specifically, any actions, conduct, or inaction that rises to the level of malice, fraud, or oppression pursuant to the authorities cited, and denies that the Plaintiff is entitled to punitive and exemplary damages as to this answering Defendant. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

98.    Answering Paragraph 98, this answering Defendant refers to and incorporates by reference its responses to the incorporated paragraphs as though fully set forth herein.

99.    Answering Paragraph 99, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, therefore, no answer is required. To the extent a response is required, this answering Defendant denies, both generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

100.    Answering Paragraph 100, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant denies that it is liable to Plaintiff under the authorities cited, and/or pursuant to any theory, cause of action, or that this answering Defendant breached any duty and/or violated any rights of Plaintiff or Plaintiff's decedent at all.

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

101. Answering Paragraph 101, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant denies the allegations contained therein as to any alleged actions or inactions of this answering defendant and expressly denies any alleged deliberately indifferent actions. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the other allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

102. Answering Paragraph 102, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

103. Answering Paragraph 103, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

104. Answering Paragraph 104, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

105. Answering Paragraph 105, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

106. Answering Paragraph 106, this Answering defendant states that the paragraph contains legal conclusions and/or arguments, therefore, no answer is required. To the extent a response is required, this Answering Defendant denies, both generally and specifically, any actions, conduct, or inaction that rises to the level of malice, fraud, or oppression pursuant to the authorities cited, and denies that the Plaintiff is entitled to punitive and exemplary damages as to this answering Defendant. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

107. Answering Paragraph 107, this answering Defendant refers to and incorporates by reference its responses to the incorporated paragraphs as though fully set forth herein.

108. Answering Paragraph 108, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

109.   Answering Paragraph 109/110, this answering Defendant this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within these Paragraphs of the Complaint and therefore denies, generally and specifically, each and every allegation.

110.   Answering Paragraph 111, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

111.   Answering Paragraph 112, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

112.   Answering Paragraph 113, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

113.   Answering Paragraph 114, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ◆ FAX 310.481.7650

1  be required, this answering Defendant lacks information enough to form a belief as to

2  the truth of the allegations contained within this Paragraph of the Complaint and

3  therefore denies, generally and specifically, each and every allegation.

4       114.  Answering Paragraph 115, this answering Defendant refers to and

5  incorporates by reference its responses to the incorporated paragraphs as though fully

6  set forth herein.

7       115.  Answering Paragraph 116, this answering Defendant states that the

8  paragraph contains legal conclusions and/or arguments, not factual allegations, to

9  which no response is required. To the extent that a response is required, this answering

10 Defendant admits that decedent BRANCO was placed on a 5150 hold. This answering

11 Defendant denies that it is liable to Plaintiff pursuant to the authorities cited, and/or

12 pursuant to any theory, cause of action, or that this answering Defendant breached

13 any duty and/or violated any rights of Plaintiff at all. With the exception of that which

14 is specifically admitted or denied herein, this answering Defendant lacks information

15 enough to form a belief as to the truth of the allegations contained within this

16 Paragraph of the Complaint and therefore denies, generally and specifically, each and

17 every allegation.

18      116.  Answering Paragraph 117, this answering Defendant states that the

19 paragraph contains speculation, a narrative not factual allegations, legal conclusions

20 and/or arguments to which no response is required. To the extent that a response may

21 be required, this answering Defendant denies, generally and specifically, each and

22 every allegation pertaining to this answering Defendant. With respect to the

23 allegations pertaining to the remaining Defendants listed in this paragraph, This

24 answering Defendant lacks information enough to form a belief as to the truth of the

25 allegations contained within this Paragraph of the Complaint and therefore denies,

26 generally and specifically, each and every allegation.

27      117.  Answering Paragraph 118, this answering Defendant responds that she

28 denies that she had "custody and care of BRANCO" at any time relevant to this

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

complaint. With respect to the allegations pertaining to the remaining Defendants listed in this paragraph, This answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

118.  Answering Paragraph 119, this answering Defendant denies, both generally and specifically, each allegation of this paragraph as it pertains to this answering Defendant. With respect to the allegations pertaining to the remaining Defendants listed in this paragraph, This answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

119.  Answering Paragraph 120, this answering defendant denies, both generally and specifically, each allegation of this paragraph as it pertains to this answering Defendant. With respect to the allegations pertaining to the remaining Defendants listed in this paragraph, This answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

120.  Answering Paragraph 121, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response is required, this answering defendant denies that she at any time, by any act or omission, caused injury or harm to Plaintiff and/or Plaintiff's decedent so as to allow recovery under this cause of action, or any other cause of action, theory, statute, or enactment so as to allow Plaintiff to recover damages sought, or any damages as to this answering Defendant. This answering Defendant denies, generally and specifically, each and every remaining allegation contained in said paragraph.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

121. Answering Paragraph 122, this answering Defendant refers to and incorporates by reference its responses to the incorporated paragraphs as though fully set forth herein.

122. Answering Paragraph 123, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

123. Answering Paragraph 124, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

124. Answering Paragraph 125, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

125. Answering Paragraph 126, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

126.   Answering Paragraph 127, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

127.   Answering Paragraph 128, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

128.   Answering Paragraph 129, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

129.   Answering Paragraph 130, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

130.   Answering Paragraph 131, this answering Defendant refers to and incorporates by reference its responses to the incorporated paragraphs as though fully set forth herein.

131.   Answering Paragraph 132, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

132.   Answering Paragraph 133, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

133.   Answering Paragraph 134, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

134.   Answering Paragraph 135, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

135.   Answering Paragraph 136, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

136.   Answering Paragraph 137, this answering Defendant refers to and incorporates by reference its responses to the incorporated paragraphs as though fully set forth herein.

137.   Answering Paragraph 138, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant denies that it is liable to Plaintiff under the authorities cited, and/or pursuant to any theory, cause of action, or that this answering Defendant breached any duty and/or violated any rights of Plaintiff or Plaintiff's decedent at all. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

138.   Answering Paragraph 139, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant denies that it is liable to Plaintiff under the authorities cited, and/or pursuant to any theory, cause of action, or that this answering Defendant breached any duty and/or violated any rights of Plaintiff or Plaintiff's decedent at all. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

139.   Answering Paragraph 140, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant denies, generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

140.   Answering Paragraph 141, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant denies, generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

141.   Answering Paragraph 142, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant denies that it is liable to Plaintiff under the authorities cited, and/or pursuant to any theory, cause of action, or that this answering Defendant breached any duty and/or violated any rights of Plaintiff or Plaintiff's decedent at all. Furthermore, this answering Defendant lacks information enough to form a belief as to the truth of the remaining allegations contained within this Paragraph of the complaint, and therefore denies, generally and specifically, each and every other allegation contained within this Paragraph of the Complaint.

142.   Answering Paragraph 143, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant denies, generally and specifically, each and every allegation contained within this Paragraph of the Complaint.

143.   Answering Paragraph 144, this answering Defendant states that the paragraph contains speculation, a narrative not factual allegations, legal conclusions and/or arguments to which no response is required. To the extent that a response may be required, this answering Defendant lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every allegation.

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

1    144.    Answering Paragraph 145, this answering Defendant refers to and
2    incorporates by reference its responses to the incorporated paragraphs as though fully
3    set forth herein.

4    145.    Answering Paragraph 146, this answering Defendant states that the
5    paragraph contains legal conclusions and/or arguments, not factual allegations, and
6    therefore, no answer is required. To the extent that a response is required, this
7    answering Defendant denies, generally and specifically, each and every allegation
8    contained within this Paragraph of the Complaint.

9    146.    Answering Paragraph 147, this answering Defendant states that the
10   paragraph contains legal conclusions and/or arguments, not factual allegations, and
11   therefore, no answer is required. To the extent that a response is required, this
12   answering Defendant denies, generally and specifically, each and every allegation
13   contained within this Paragraph of the Complaint.

14   147.    Answering Paragraph 148, this answering Defendant admits to the extent
15   that decedent BRANCO died. Except as to those allegations specifically admitted
16   herein, this answering Defendant this lacks information enough to form a belief as to
17   the truth of the allegations contained within this Paragraph of the Complaint and
18   therefore denies, generally and specifically, each and every remaining allegation.

19   148.    Answering Paragraph 149, this answering Defendant states that the
20   paragraph contains legal conclusions and/or arguments, not factual allegations, and
21   therefore, no answer is required. To the extent that a response is required, this
22   answering Defendant admits to the extent that decedent BRANCO was found dead on
23   May 16, 2024. Except as to those allegations specifically admitted herein, this
24   answering Defendant denies, generally and specifically, each and every remaining
25   allegation.

26   149.    Answering Paragraph 150, this answering Defendant states that the
27   paragraph contains legal conclusions and/or arguments, not factual allegations, and
28   therefore, no answer is required. To the extent that a response is required, this

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

answering Defendant admits to the extent that decedent BRANCO died. Except as to those allegations specifically admitted herein, this answering Defendant this lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every remaining allegation.

150.   Answering Paragraph 151, this answering Defendant states that the paragraph contains legal conclusions and/or arguments, not factual allegations, and therefore, no answer is required. To the extent that a response is required, this answering Defendant admits to the extent that decedent BRANCO died. Except as to those allegations specifically admitted herein, this answering Defendant this lacks information enough to form a belief as to the truth of the allegations contained within this Paragraph of the Complaint and therefore denies, generally and specifically, each and every remaining allegation.

## AFFIRMATIVE DEFENSES

151. Without waiving or excusing the burden of proof of the named Plaintiffs or admitting this answering Defendant has any burden of proof, this answering Defendant asserts the following Affirmative Defenses.

### FIRST AFFIRMATIVE DEFENSE

152. As a first, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that the Complaint herein fails to state facts sufficient to constitute any valid cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

153. answering Defendant alleges that she acted in good faith and did not directly or indirectly perform any acts whatsoever which would constitute a violation of any rights possessed by the Plaintiff and/or Plaintiff's decedent, nor which would otherwise constitute a breach of any duty owed to the Plaintiff and/or Plaintiff's decedent.

/ / /

### THIRD AFFIRMATIVE DEFENSE

154. As a third, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that she is immune from liability in that the injuries and damages, if any, sustained by the Plaintiff and/or Plaintiff's decedent at the time and places alleged in the Complaint on file herein, were a direct and proximate result of the acts, omissions or negligence of a third party not within the knowledge or control of this answering Defendant and were sustained, if at all, without any negligence or wrongful act or omission on the part of this answering Defendant.

### FOURTH AFFIRMATIVE DEFENSE

155. As a fourth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that any recovery on the Complaint, and each cause of action contained therein, is based on the ground that if Plaintiff and/or Plaintiff's decedent suffered or incurred any obligation or liability for any loss, damage, or injury as alleged in the Complaint, which obligation or liability Defendant expressly denies, such liability or obligation for such loss, damage or injury was proximately caused or contributed to by the negligence of third parties, persons, corporations and/or entities other than this answering Defendant. Any recovery against this answering Defendant must be diminished to the extent that Plaintiff and/or Plaintiff's decedent's damages were proximately caused by such parties, persons, corporations and/or entities other than Defendants, as required by California Civil Code Sections 1430, et seq.

### FIFTH AFFIRMATIVE DEFENSE

156. As a fifth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges her acts and/or omissions did not actually and/or proximately cause or contribute to any losses or damages for which Plaintiffs seek recovery.

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

SIXTH AFFIRMATIVE DEFENSE

157. As a sixth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that her acts and/or omissions were not a substantial factor in bringing about the injuries and damages for which Plaintiffs seek recovery.

SEVENTH AFFIRMATIVE DEFENSE

158. As a seventh, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that Plaintiff and/or Plaintiff's decedent's damages are purely speculative.

EIGHTH AFFIRMATIVE DEFENSE

159. As an eighth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that Plaintiff and/or Plaintiff's decedent has not suffered any damages as a result of any action or inaction by this answering Defendant.

NINTH AFFIRMATIVE DEFENSE

160. As a ninth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that she is not liable for any punitive damages nor statutory penalties, and this answering Defendant has never taken any action with willful or conscious disregard of the Plaintiff and/or Plaintiff's decedent's rights, has not engaged in any despicable conduct with regard to the Plaintiff and/ or Plaintiff's decedent, has not performed or omitted any act which would constitute intentional misrepresentation, deceit or concealment of a material fact with the intention of depriving Plaintiff and/or Plaintiff's decedent of property, legal rights, or causing injury, nor has this answering Defendant performed or omitted any act which would constitute deliberate indifference to a substantial risk of harm to Plaintiff and/or Plaintiff's decedent.

/ / /

/ / /

/ / /

## TENTH AFFIRMATIVE DEFENSE

161. As a tenth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that Plaintiff's cause of action for Adult Dependent Abuse fails to state facts constituting intentional, malicious, or reckless conduct by this answering Defendant as required by statute and Delaney v. Baker 20 Cal.4th 23 (Cal. 1999); and as distinguished from professional negligence in Carter v. Prime Healthcare Paradise Valley LLC 198 Cal. App. 4th 396 (Cal.App.2011).

## ELEVENTH AFFIRMATIVE DEFENSE

162. As an eleventh, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that Plaintiff fails to state egregious facts, within the meaning of Covenant Care v. Superior Court 32 Cal.4th 771 (Cal. 2002), sufficient to state or establish a claim or prayer for attorney's fees and/or costs pursuant to Welfare & Institutions Code Section 15657(a).

## TWELFTH AFFIRMATIVE DEFENSE

163. As a twelfth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that all events in connection with the allegations in the Complaint and any resulting injuries or damages, were contributed to and proximately caused by the negligence of the Plaintiff, and/or Plaintiff's decedent in that the Plaintiff's decedent failed to exercise ordinary care for her well-being of under the circumstances, thereby barring the Plaintiff from any recovery. In the event a finding is made that negligence exists on the part of answering Defendant which proximately contributed to Plaintiff and/or Plaintiff's decedent's injuries and/or damages, Plaintiff's amount of recovery, if any, shall be reduced on the basis of Plaintiff and/or Plaintiff's decedent's own comparative negligence which contributed to the injuries and/or damages upon which recovery is sought by Plaintiff against this answering Defendant.

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

## THIRTEENTH AFFIRMATIVE DEFENSE

164. As a thirteenth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that Plaintiff lacks standing pursuant to Article III of the United States Constitution to bring her claims alleged against this answering Defendant as Plaintiffs' alleged damages are not fairly traceable to any actions by this answering Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

165. As a fourteenth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges her conduct was fully justified and in good faith.

## FIFTEENTH AFFIRMATIVE DEFENSE

166. As a fifteenth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that the imposition of exemplary or punitive damages in this matter, to the extent such are sought, would violate her right to due process of law in violation of both the California Constitution and the United States Constitution. No excessive fines can be imposed in violation of either the United States Constitution or the California Constitution.

## SIXTEENTH AFFIRMATIVE DEFENSE

167. As a sixteenth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that Plaintiff fails to state facts of egregious conduct within the meaning of Covenant Care, Inc. v. Superior Court 32 Cal.4th 771 (Cal. 2004), sufficient to constitute a cause of action against this answering Defendant for Adult Dependent Abuse within the meaning of Welfare & Institutions Code Section 15600 et seq., the Elder and Dependent Adult Civil Protection Act ("EADACPA").

## SEVENTEENTH AFFIRMATIVE DEFENSE

168. As a seventeenth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that at all times relevant to this litigation,

the Plaintiff and/or Plaintiff's decedent's injuries or damages were not caused by any act or omission by or on behalf of this answering Defendant which occurred or failed to occur under color of law, thereby precluding the Plaintiff from any recovery from this Defendant.

### EIGHTEENTH AFFIRMATIVE DEFENSE

169. As an eighteenth, separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that at no time relevant to this litigation, was the Plaintiff and/or Plaintiff's decedent deprived of life, liberty or property by any act or omission on the part of this answering Defendant thereby precluding the Plaintiff from maintaining her causes of action for violation of her and/or her decedent's civil rights. <u>Daniels v. Williams</u>, 474 U.S. 327 (1986).

### NINETEENTH AFFIRMATIVE DEFENSE

170. As a nineteenth separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that at all times relevant to this litigation, this answering Defendant acted in good faith and honest, reasonable belief that this answering Defendant's actions were reasonable and necessary, thereby precluding the Plaintiff from maintaining any causes of action for violation of civil rights.

### TWENTIETH AFFIRMATIVE DEFENSE

180. As a twentieth separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that no action or inaction of her caused any deprivation of Plaintiffs and/or Plaintiff's decedent's federal/state civil rights and other applicable statutory and judicial authorities, and thus Plaintiff is not entitled to judgment against this answering Defendant.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

181. As a twenty-first separate, and distinct affirmative defense to the Complaint, this answering Defendant alleges that at all relevant times she was engaging in private conduct and cannot be viewed as a "state actor" under any analysis, including but not limited to the "public function," "joint action,"

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

1  "governmental compulsion or coercion," and/or "governmental nexus" tests. As such,

2  Plaintiff cannot state a cause of action against this answering Defendant, and this

3  Court is deprived of jurisdiction.

4  TWENTY-SECOND AFFIRMATIVE DEFENSE

5  182. As a twenty-second separate, and distinct affirmative defense to the

6  Complaint, this answering Defendant alleges that if the Court finds that she "acted

7  under the color of law," then this answering Defendant is entitled to all immunities

8  accorded to a public employee under state and/or federal law, including but not

9  limited to qualified immunity and California <u>Government Code</u> Sections 815 through

10  856.63 inclusive.

11  TWENTY-THIRD AFFIRMATIVE DEFENSE

12  183. As a twenty-third separate, and distinct affirmative defense to the

13  Complaint, this answering Defendant alleges Plaintiff has failed to join necessary and

14  indispensable parties to the action.

15  TWENTY-FOURTH AFFIRMATIVE DEFENSE

16  184. As a twenty-fourth separate, and distinct affirmative defense to the

17  Complaint, this answering Defendants alleges that she is not liable for damages

18  awarded under Section 3294 of the California Civil Code or any other damages that

19  might be imposed primarily for the sake of example and by way of punishing this

20  Answering Defendant.

21  TWENTY-FIFTH AFFIRMATIVE DEFENSE

22  185. As a twenty-fifth separate, and distinct affirmative defense to the

23  Complaint, this answering Defendant alleges that the damages sustained by Plaintiff

24  and/or Plaintiff's decedent, if any, were the result of an unavoidable accident insofar

25  as this answering Defendant is concerned, and occurred without any negligence, want

26  of care, default, or other breach of duty to Plaintiff and/or Plaintiff's decedent on the

27  part of this answering Defendant.

28  / / /

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

1

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

2   186. As a twenty-sixth separate, and distinct affirmative defense to the
3   Complaint, this answering Defendant alleges that the damages sustained by Plaintiff
4   and/or Plaintiff's decedent, if any, were legally caused by the acts, omissions,
5   negligence, fraud and/or breach of obligations by persons other than this answering
6   Defendant. As such, this answering Defendant is informed, believes, and thereupon
7   alleges that Plaintiff's and/or Plaintiff's decedent's damages, if any, were proximately
8   caused by the intentional acts of persons or entities other than this answering
9   Defendant, which were not reasonably foreseeable. As a result, those reasonably
10  unforeseeable intentional acts of others constitute a superseding, intervening act that
11  operates to break the chain of causation of any negligent acts or omissions attributable
12  to this answering Defendant, thereby relieving this answering Defendant of any
13  liability to plaintiff.

14

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

15  187. As a twenty-seventh separate, and distinct affirmative defense to the
16  Complaint, this answering Defendant alleges that at all times mentioned in the
17  Operative Complaint, Plaintiff's causes of action were limited, prescribed and
18  governed by the terms and provisions of the California <u>Civil Code</u>, §§ 3333.1 and
19  3333.2, and this answering Defendant will urge application of these statutes at the
20  time of the trial.

21

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

22  188. As a twenty-eighth separate, and distinct affirmative defense to the
23  Complaint, this answering Defendant alleges and contends that Plaintiff and/or
24  Plaintiff's decedent did not rely on any statement, act or omission by this answering
25  Defendant herein to their detriment.

26

### TWENTY-NINTH AFFIRMATIVE DEFENSE

27  189. As a twenty-ninth separate, and distinct affirmative defense to the
28  Complaint, this answering Defendant reserves the right to amend her Answer to assert

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

1  further affirmative defenses that are not presently known but may become known

2  through further investigation and discovery. No defense is being knowingly and

3  intentionally waived.

4                                    **<u>PRAYER</u>**

5         WHEREFORE, Defendant prays for relief as follows:

6     1.      That Plaintiff take nothing against Defendant;

7     2.      That Defendant has judgment rendered in her favor and against Plaintiff

8  herein;

9     3.      That Defendant be awarded costs of suit incurred herein; and

10    4.      For such other and further relief as the Court may deem just and proper.

11

12  DATED:  November 13, 2024          WOOD, SMITH, HENNING & BERMAN LLP

13

14

15                                    By: _____

16                                         BRIAN L. HOFFMAN
                                          CRYSTAL L. RORABAUGH
17                                    Attorneys for Defendant, JULIA TIDIK, NP

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

1

## **DEMAND FOR JURY TRIAL**

2       **TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE**

3  **PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

4       **PLEASE TAKE NOTICE** that Defendant, JULIA TIDIK, hereby demands a

5  jury trial in the above-entitled action.

6

7  DATED:  November 13, 2024       WOOD, SMITH, HENNING & BERMAN LLP

8

9

10                                  By: _____

11                                      BRIAN L. HOFFMAN
                                        CRYSTAL L. RORABAUGH
12                                  Attorneys for Defendant, JULIA TIDIK, NP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

WOOD, SMITH, HENNING & BERMAN LLP
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

## PROOF OF SERVICE

### Cooper et al v. County of San Luis Obispo et al
### Case No. 2:24-cv-08187-DDP-AJR

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On November 13, 2024, I served the following document(s) described as **DEFENDANT JULIA TIDIK'S ANSWER TO PLAINTIFFS' COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2024, at Los Angeles, California.

/s/Jessica Avila
Jessica Avila