# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOPER<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–08187–SVW–AJR<br><br><br>NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   12/6/2024

Document No.:   53, 54

Title of Document:   ANSWER OF JANET BROWN (Doc 53), ANSWER OF BONNIE SAYERS (Doc 54)

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Other:

Incorrect district judge is on the title page and the case number. This case is assigned to District Judge Stephen V. Wilson. The correct case number is 2:24–cv–08187–SVW–AJRx

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 9, 2024      By:  /s/ *Alison Bandek  alison_bandek@cacd.uscourts.gov*
                  Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS