**MARK. M. RUDY, State Bar No. 126254**
mrudy@veatchfirm.com
**SERENA L. NERVEZ, State Bar No. 227529**
snervez@veatchfirm.com
**SONJA M. DAHL, State Bar No. 130971**
sdahl@veatchfirm.com
**VEATCH CARLSON, LLP**
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA 90017-2444
Tel: (213) 381-2861
Fax: (213) 383-6370

Attorneys for Defendants,
**SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, and SHELLI WATSON**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOPER, Individually, and on the behalf of the Estate of Decedent, ELINA QUINN BRANCO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO, a government entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California non-profit corporation; JASON HOOSON, individually, SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually; JANET BROWN, individually; SHELLE WATSON, individually; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO: 2:24-cv-08187-SVX (AJRx)<br>*District Judge: Stephen V. Wilson, Court Room 10A*<br>*Magistrate Judge: A. Joel Richlin*<br><br>DECLARATION OF SONJA M. DAHL, ESQ. IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE AT HEARING ON MOTION OF DEFENDANTS SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, AND SHELLI WATSON TO DISMISS PUNITIVE DAMAGES ALLEGATIONS<br><br>DATE: December 16, 2024<br>TIME: 1:30 p.m.<br>DEPT: 10<br><br>Complaint Filed: September 25, 2024<br>Trial Date: None Set |

I, Sonja M. Dahl, declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and am admitted to this court. I am an associate employed by

1

1. the law firm of Veatch Carlson, LLP, counsel of record for Defendants Sierra Mental Wellness Group, Josh Simpson and Shelli Watson. I plan to appear for the hearing on the motion of said Defendants to dismiss the punitive damages allegations from Plaintiff's Complaint on file herein, as I prepared the moving papers and the reply brief setting forth the arguments in favor of the Defendants. The motion is set for hearing at the above-stated date, time and location.

2. I am informed and believe that the court has issued an order setting a Status Conference to take place at the same time at the hearing on our motion, and has issued an order allowing all counsel to appear remotely for the Status Conference. Mark Rudy, Esq., of our firm is trial counsel, and will appear remotely for the Status Conference in this matter which I understand will take place immediately after the hearing on Defendants' motion to dismiss punitive damages.

3. Since the court has allowed all counsel to appear for the Status Conference remotely, we have assumed that this order also applied to the hearing on our motion to dismiss the punitive damages allegations, and that the court is also allowing a remote appearance for the motion to dismiss. Out of an abundance of caution, however, I am filing this declaration to formally request permission to appear via the court's zoom link for the hearing on our motion to dismiss. If the court did not intend that the motion to dismiss would be included in the court's permission to appear remotely, I will be happy to appear in person. It may be easier for the court if everyone appears via the same modality.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  December 9, 2024

_____
Sonja M. Dahl

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

< - CASE NO:  2:24-cv-08187-SVX (AJRx) DECL. OF SONJA M. DAHL, ESQ. IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE; MOTION OF DEFS SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, AND SHELLI WATSON TO DISMISS PUNITIVE DAMAGES ALLEGATIONS

# CERTIFICATE OF SERVICE

*Linda Cooper v. County of San Luis Obispo, et al.*
Case No.: 2:24-cv-08187-DDP (AJRx)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, 11th Floor, Los Angeles, California 90017-2444.

On December 9, 2024, I served the foregoing document described as: DECLARATION OF SONJA M. DAHL, ESQ. IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE AT HEARING ON MOTION OF DEFENDANTS SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, AND SHELLI WATSON TO DISMISS PUNITIVE DAMAGES ALLEGATIONS on interested parties in this action by one or more of the following methods:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **BY MAIL** (C.C.P. §§ 1013a, *et seq.*)**:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and State of California, that the foregoing is true and correct.

Dated: **December 9, 2024**

Sonja Dahl
Type or Print Name                                   Signature



## SERVICE LIST

*Linda Cooper v. County of San Luis Obispo, et al.*
Case No.:  2:24-cv-08187-DDP (AJRx)

Cameron Sehat
Jeffrey Mikel
Nathalie Smith
Andrea Monge
**THE SEHAT LAW FIRM, PLC**
5100 Campus Drive, Suite 200
Newport Beach, CA 92612
Telephone: (949) 825-5200 / Facsimile: (949) 313-5001
Email: cameron@sehatlaw.com; j.mikel@sehatlaw.com; n.smith@sehatlaw.com; andrea.m@sehatlaw.com; roberth.g@sehatlaw.com
*Attorneys for Plaintiff, LINDA COOPER, Individually and on behalf of the Estate of Elina Quinn Branco*

Katharine L. Spaniac
Richard R. Clouse
Yolanda E. Lopez
**CLOUSESPANIAC**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730-3048
Telephone: 909-941-3388 / Facsimile: 909-941-3389
E-Mails:  klspaniac@csattys.com; rrclouse@csattys.com; yelopez@csattys.com; gcrosswhite@csattys.com; pfeltnor@csattys.com; rmartinez@csattys.com ; service@csattys.com
*Attorneys for Defendant, SAVANNAH WILLIAMS*

Daniel R. Friedenthal, Esq.
**FRIEDENTHAL, HEFFERNAN & BROWN, LLP**
1520 W. Colorado Boulevard, Second Floor
Pasadena, California 91105
Telephone: (626) 628-2800 / Facsimile: (626) 628-2828
E-Mail: dfriedenthal@fhblawyers.com; jbrown@fhblawyers.com; nruiz@fhblawyers.com;
*Attorneys for Defendant, BETHANY AURIOLES*

4

Brian L. Hoffman
Crystal L Rorabaugh
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310.481.7600 ♦ Fax: 310.481.7650
E-Mail: bhoffman@wshblaw.com; crorabaugh@wshblaw.com
*Attorneys for Defendant, JULIA TIDIK, NP*

Douglas C. Smith
La Brea A. Hill
**SMITH LAW OFFICES, LLP**
4001 Eleventh Street
Riverside, CA 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356
E-Mail: dsmith@smitlaw.com; lhill@smitlaw.com; ahouston@smitlaw.com, jlee@smitlaw.com, jrobitaille@smitlaw.com, jszalonek@smitlaw.com, mmartinez@smitlaw.com
*Attorneys for Defendants, COUNTY OF SAN LUIS OBISPO (sued herein as COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown) and JASON HOOSON*

Andrew Hollins (SBN 80194)
Ethan Reimers (SBN 311020)
**MESSNER REEVES LLP**
611 Anton Boulevard, Ste. 450
Costa Mesa, California 92626
Telephone:(949) 612-9128
Facsimile: (949) 438-2304
ahollins@messner.com; ereimers@messner.com ;
*Attorneys for Defendants BONNIE SAYERS and JANET BROWN*

5

< - CASE NO: 2:24-cv-08187-SVX (AJRx) DECL. OF SONJA M. DAHL, ESQ. IN SUPPORT OF REQUEST FOR REMOTE APPEARANCE; MOTION OF DEFS SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, AND SHELLI WATSON TO DISMISS PUNITIVE DAMAGES ALLEGATIONS