THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
Jeffrey Mikel, Esq. (SBN 350671)
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: Cameron@sehatlaw.com

Attorneys for Plaintiff, Linda Cooper, Individually
And On Behalf Of The Estate Of Elina Quinn Branco

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –

# SOUTHERN DIVISION

| | |
|---|---|
| LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit Corporation, JASON HOOSON, individually, SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually, JANET BROWN, individually, SHELLE WATSON, individually; DOES 1 through 10, inclusive, | Case No.: 5:24-cv-01871-SHK<br><br>*District Judge: Cynthia Valenzuela,*<br><br>*Magistrate Judge: A. Joel Richlin*<br><br>**DECLARATION OF JEFFREY MIKEL IN OPPOSITION TO DEFENDANT'S MOTION FOR JOINDER**<br><br>**DATE: April 18, 2025**<br>**Time:   1:30pm**<br>**CTRM: 5D** |

## Declaration of Jeffrey Mikel, Esq.

I Jeffrey Mikel, declare as follows:

I am an attorney at law licensed to practice before this Court. I am an associate at the Sehat Law Firm, PLC, attorneys of record for Plaintiff in the above-referenced matter. I have personal knowledge of the matters set forth herein below and if called upon to testify will competently testify thereto. Attached hereto are the following exhibits:

        Exhibit 1: Declaration of Linda Cooper.

        Exhibit 2: A true copy of an Order dated December 16, 2016.

        Exhibit 3: A true copy of Mr. Branco's email.

Dated: March 28, 2025        THE SEHAT LAW FIRM, PLC

                                    */s/ Jeffrey Mikel*
                                    Jeffrey Mikel, Esq.
                                    *Attorney for Plaintiff*