UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-08187-CV-AJR | Date | April 18, 2025 |
|---|---|---|---|
| Title | *Linda Cooper v. County of San Luis Obispo et al* | | |

Present: The Honorable    Cynthia Valenzuela, United States District Judge

| Jessica Cortes | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jeffrey Mikel | Serena L. Nervez<br>Crystal Rorabaugh<br>David Hall<br>Sam Follis<br>Lawya Rangel |

**Proceedings:    MOTION FOR JOINDER IN COMPLAINT FILED BY DEFENDANTS [82]**

Case is called and counsel make their appearances. A motion hearing is held. The Court invites counsel to make oral argument. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

IT IS SO ORDERED.