1  Marjorie Heinrich (SBN 124682)
2  Ethan A. Wimert (SBN 266059)
   **HEINRICH LAW, PC**
3  1900 Powell Street, Ste. 450
4  Emeryville, CA 94608
   Telephone:  (510) 944-0110
5  Facsimile:   (510) 944-0109
6  marjorie@heinrichlaw.net
   ethan@heinrichlaw.net
7

8  Andje M. Medina (SBN 251288)
   Jasleen Singh (SBN 315315)
9  **ALTAIR LAW**
10 465 California Street, 5th Floor
   San Francisco, CA 94104
11 Telephone:  (415) 988-9828
12 amedina@altairlaw.com
   jsingh@altairlaw.com
13
14 Attorneys for Plaintiff
   JEFFREY BRANCO, JR.

15

16                    UNITED STATES DISTRICT COURT

17                   CENTRAL DISTRICT OF CALIFORNIA

18

| 19 | LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO, | Case No. 2:24-cv-08187-CV (AJRx) *Assigned to Hon. Cynthia Valenzuela, Courtroom 10B* |
|---|---|---|
| 20 | | |
| 21 | Plaintiffs, | **JOINT REQUEST FOR RULING ON SUBMITTED MATTER** |
| 22 | | |
| 23 | v. | [Local Rule 83-9.2] |
| 24 | COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit Corporation; JASON HOOSON, individually; SAVANNAH WILLIAMS, | |
| 25 | | |
| 26 | | Complaint Filed:  September 23, 2024 |
| 27 | | Trial Date:            March 10, 2026 |
| 28 | | |

-1-

| | |
|---|---|
| 1 | individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually; JANET BROWN, individually; SHELLE WATSON, individually; DOES 1 through 10, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs LINDA COOPER, Individually, and on the behalf of the Estate of Decedent, ELINA QUINN BRANCO, Proposed Plaintiff JEFFREY BRANCO, JR., Defendants SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, and SHELLI WATSON, sued herein as SHELLE WATSON, Defendant SAVANNAH WILLIAMS, Defendant BETHANY AURIOLES, Defendant JULIA TIDIK, NP, and Defendants COUNTY OF SAN LUIS OBISPO and JASON HOOSON, Defendants BONNIE SAYERS and JANET BROWN, by and through their respective counsel of record, hereby submit this Joint Request for Ruling, pursuant to Local Rule 83-9.2, on the following submitted matter:

    1.    Proposed Plaintiff Jeffrey Branco, Jr.'s Unopposed Motion to Intervene [ECF 125];

On July 8, 2025, Proposed Plaintiff Jeffrey Branco, Jr. filed an Unopposed Motion to Intervene. [ECF 125];

On August 11, 2025, the Court vacated the hearing on Proposed Plaintiff Jeffrey Branco, Jr.'s Unopposed Motion to Intervene, set for August 15, 2025. [ECF 136];

At this time, no decision has been issued and, as per Local Rule 83-9.2, counsel hereby jointly and respectfully request a decision so that accordingly, the parties may proceed for the rapidly approaching March 10, 2026 trial date.

**IT IS SO STIPULATED.**

Dated: December 8, 2025  By: */s/ Marjorie Heinrich*

**HEINRICH LAW, PC**
Marjorie Heinrich, Esq
Ethan A. Wimert, Esq.
*Attorneys for Proposed Plaintiff*,
JEFFREY BRANCO, JR.

Dated: December 8, 2025  By: [signature]

**ALTAIR LAW LLP**
Andje M. Medina, Esq.
Jasleen Singh, Esq.
*Attorneys for Proposed Plaintiff*,
JEFFREY BRANCO, JR.

Dated: December 16, 2025  By: */s/ Cameron Sehat*

**THE SEHAT LAW FIRM, PC**
Cameron Sehat, Esq
Jeffrey Mikel, Esq.
*Attorneys for Plaintiff*,
LINDA COOPER

Dated: December 16, 2025  By: */s/ Serena L. Nervez*

**VEATCH CARLSON, LLP**
Mark M. Rudy, Esq.
Serena L. Nervez, Esq.
Kenneth W. Baisch, Esq.
*Attorneys for Defendants,* SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, and SHELLI WATSON

Dated: December 16, 2025  By: */s/ Lawya L. Rangel*

**CLOUSESPANIAC**
Katharine L. Spaniac, Esq.
Richard R. Clouse, Esq.
Yolanda E. Lopez, Esq.
Lawya L. Rangel, Esq
*Attorneys for Defendant,* SAVANNAH WILLIAMS

JOINT REQUEST FOR RULING ON SUBMITTED MATTERS

| | | |
|---|---|---|
| 1 | Dated: December 16, 2025 | By: */s/ Daniel R. Friedenthal* |
| 2 | | **FREIDENTHAL, HEFFERAN & BROWN** |
| 3 | | Daniel R. Friedenthal, Esq. |
| 4 | | *Attorneys for Defendant*, BETHANY AURIOLES |
| 5 | | |
| 6 | Dated: December 9, 2025 | By: */s/ Crystal L. Rorabaugh* |
| 7 | | **WOOD, SMITH, HENNING & BERMAN LLP** |
| 8 | | Brian L. Hoffman, Esq.<br>Crystal L. Rorabaugh, Esq. |
| 9 | | *Attorneys for Defendant*, JULIA TIDIK, NP |
| 10 | | |
| 11 | Dated: December 16, 2025 | By: */s/ David Hall*<br>*(signed only because the Local Rules require this pleading)* |
| 12 | | **SMITH LAW OFFICES, LLP** |
| 13 | | Douglas C. Smith, Esq.<br>David Hall, Esq. |
| 14 | | *Attorneys for Defendants*, COUNTY OF SAN LUIS OBISPO and JASON HOOSON |
| 15 | | |
| 16 | Dated: December 16, 2025 | By: */s/ Ethan Reimers* |
| 17 | | |
| 18 | | **MESSNER REEVES LLP**<br>Andrew Hollins, Esq.<br>Ethan Reimers, Esq. |
| 19 | | *Attorneys for Defendants*, BONNIE SAYERS and JANET BROWN |

-4-

JOINT REQUEST FOR RULING ON SUBMITTED MATTERS

# ELECTRONIC SIGNATURES

Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 16, 2025                    By: *[signature]*

**ALTAIR LAW LLP**
Andje M. Medina, Esq.
Jasleen Singh, Esq.
*Attorneys for Proposed Plaintiff,*
JEFFREY BRANCO, JR.