Marjorie Heinrich (SBN 124682)
Ethan A. Wimert (SBN 266059)
**HEINRICH LAW, PC**
1900 Powell Street, Ste. 450
Emeryville, CA 94608
Telephone: (510) 944-0110
Facsimile: (510) 944-0109
marjorie@heinrichlaw.net
ethan@heinrichlaw.net

Andje M. Medina (SBN 251288)
Jasleen Singh (SBN 315315)
**ALTAIR LAW**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 988-9828
amedina@altairlaw.com
jsingh@altairlaw.com

Attorneys for Plaintiff
JEFFREY BRANCO, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit Corporation; JASON HOOSON, individually; SAVANNAH WILLIAMS, | Case No. 2:24-cv-08187-CV (AJRx)<br>*Assigned to Hon. Cynthia Valenzuela, Courtroom 10B*<br><br>**DECLARATION OF JASLEEN SINGH IN SUPPORT OF PROPOSED PLAINTIFF JEFFREY BRANCO, JR.'S STIPULATED JOINT REQUEST FOR RULING ON SUBMITTED MATTER**<br><br>[Local Rule 83-9.2]<br><br>Complaint Filed: September 23, 2024<br>Trial Date: March 10, 2026 |

-1-

| | |
|---|---|
| 1 | individually; JOSH SIMPSON, |
| 2 | individually; BONNIE SAYERS, |
| 3 | individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually; |
| 4 | JANET BROWN, individually; SHELLE |
| 5 | WATSON, individually; DOES 1 through 10, inclusive, |
| 6 | |
| 7 |                    Defendants. |
| 8 | |

9  I, Jasleen Singh, declare as follows:

10   1. I am an attorney at Altair Law and am duly licensed to practice law in the State
11      of California.
12   2. I am one of the counsel of record for Proposed Plaintiff Jeffrey Branco, Jr. in this
13      lawsuit and have personal knowledge of the following facts.
14   3. On December 8, 2025, on behalf of Plaintiff Branco, our office emailed a draft of
15      this stipulation to all other counsel and requested their consent to affix their
16      signatures.
17   4. Not having heard from all the parties, and considering Local Rule, 83-9.2, which
18      required that all counsel shall file with the Court a joint request that decision be
19      made, Plaintiff waited to obtain further signatures.
20   5. On December 15, 2025, I indicated to counsel that I would be filing on December
21      16th, regardless of signatures.
22   6. On December 16, 2025, I received confirmation from all counsel that our office
23      had consent to affix their signatures to the Joint Request for Decision, per L. R.
24      83-9.2.
25  //
26  //
27  //
28  //

-2-

DECLARATION OF JASLEEN SINGH IN SUPPORT OF STIPULATED JOINT REQUEST FOR RULING ON SUBMITTED MATTERS

I, Jasleen Singh, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 16, 2025, at San Francisco, California.

By: _____

-3-

DECLARATION OF JASLEEN SINGH IN SUPPORT OF STIPULATED JOINT REQUEST FOR RULING ON SUBMITTED MATTERS