**MARK. M. RUDY, State Bar No. 126254**
*mrudy@veatchfirm.com*
**SERENA L. NERVEZ, State Bar No. 227529**
*snervez@veatchfirm.com*
**KENNETH W. BAISCH, State Bar No. 115404**
*kbaisch@veatchfirm.com*
**VEATCH CARLSON, LLP**
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA 90017-2444
Tel: (213) 381-2861
Fax: (213) 383-6370

Attorneys for Defendants, **SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, and SHELLI WATSON, sued herein as SHELLE WATSON**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOPER, Individually, and on the behalf of the Estate of Decedent, ELINA QUINN BRANCO, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN LUIS OBISPO, a government entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California non-profit corporation; JASON HOOSON, individually, SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually; JANET BROWN, individually; SHELLE WATSON, individually; and DOES 1 through 10, inclusive, <br><br> Defendants. | **CASE NO:  2:24-cv-08187-CV (AJRx)** <br> *District Judge: Cynthia Valenzuela, Court Room 10A* <br> *Magistrate Judge: A. Joel Richlin* <br><br> **STIPULATED JOINT REQUEST FOR RULING ON SUBMITTED MATTERS** <br><br> [Local Rule 83-9.2] <br><br><br><br><br> Complaint Filed:  September 25, 2024 <br> Trial Date:        March 11, 2026 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs LINDA COOPER, Individually, and on the behalf of the Estate of Decedent, ELINA QUINN BRANCO ("Cooper"), Plaintiff

1



VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

JEFFREY BRANCO, JR. ("Branco"), Defendants SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, and SHELLI WATSON, sued herein as SHELLE WATSON ("Sierra"), Defendant SAVANNAH WILLIAMS ("Williams"), Defendant BETHANY AURIOLES ("Aurioles"), Defendant JULIA TIDIK, NP ("Tidik") and Defendants COUNTY OF SAN LUIS OBISPO and JASON HOOSON ("County"), Defendants BONNIE SAYERS and JANET BROWN ("Sayers"), by and through their respective counsel of record, hereby submit this Stipulation and Joint Request for Ruling, pursuant to Local Rule 83-9.2, on the following submitted matters:

     1.     Sierra Defendants' Motion to Dismiss Plaintiffs' Punitive Damages Allegations (F.R.C.P. 12(b)(6)) [ECF 119];

On July 23, 2025, the Court vacated the hearings on the motion referenced above, which was set for hearing on July 25, 2025. [ECF 133];

Pursuant to Local Rule 83-9.1.1, the Court took this matter under submission on a date before the last memorandum was permitted to be filed, which was August 6, 2025 for Sierra Defendants' Reply in Support of their Motion to Dismiss [ECF 134.] On July 11, 2025, the Sierra Defendants' filed a Notice of Non-Opposition to their Motion to Dismiss. [ECF 127.] On July 17, 2025, the Cooper Plaintiffs filed a late Opposition to the Sierra Defendants' Motion to Dismiss. [ECF 130.] On July 23, 2025, the Court issued an Order allowing the Cooper Plaintiffs' late Opposition, allowing the Sierra Defendants until August 6, 2025 to file their Reply and taking the matter under submission. [ECF 133.]

No decision has been issued and, as required by Local Rule 83-9.2, counsels hereby jointly and respectfully request that a decision be made.

///

///

///

///

///

VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

**IT IS SO STIPULATED.**

Dated: November 26, 2025          **VEATCH CARLSON, LLP**

                                  By: _____
                                       Mark M. Rudy, Esq.
                                       Serena L. Nervez, Esq.
                                       Kenneth W. Baisch, Esq.
                                  *Attorneys for Defendants, SIERRA MENTAL*
                                  *WELLNESS GROUP, JOSH SIMPSON, and*
                                  *SHELLI WATSON*

Dated: November 26, 2025          **THE SEHAT LAW FIRM, PLC**

                                  By: */s/ Cameron Sehat*
                                       Cameron Sehat, Esq.
                                       Jeffrey Mikel, Esq.
                                       Nathalie Smith, Esq.
                                       Andrea Monge, Esq.
                                  *Attorneys for Plaintiff, LINDA COOPER,*
                                  *Individually and on behalf of the Estate of Elina*
                                  *Quinn Branco*

Dated: November 26, 2025          **HEINRICH LAW, PC**

                                  By: */s/ Ethan W. Wimert*
                                       Marjorie Heinrich, Esq.
                                       Ethan A. Wimert, Esq.
                                  *Attorney for Proposed Plaintiff in Intervention,*
                                  *JEFFREY BRANCO, JR.*

Dated: November 26, 2025          **ALTAIR LAW**

                                  By: */s/ Jasleen Singh*
                                       Andje M. Medina, Esq.
                                       Jasleen Singh, Esq.
                                  *Attorney for Proposed Plaintiff in Intervention,*
                                  *JEFFREY BRANCO, JR.*

*Signatures Continue on the Following Page*

VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

*Signatures Continued from the Previous Page*

Dated: November 26, 2025      **CLOUSESPANIAC**

**By:** */s/ Lawya L. Rangel*
       Katharine L. Spaniac, Esq.
       Richard R. Clouse, Esq.
       Yolanda E. Lopez, Esq.
       Lawya L. Rangel, Esq.
*Attorneys for Defendant, SAVANNAH WILLIAMS*

Dated: November 26, 2025      **FRIEDENTHAL, HEFFERNAN & BROWN**

**By:** */s/ Daniel R. Friedenthal*
       Daniel R. Friedenthal, Esq.
*Attorneys for Defendant, BETHANY AURIOLES*

Dated: November 26, 2025      **WOOD, SMITH, HENNING & BERMAN**

**By:** */s/ Crystal L. Rorabaugh*
       Brian L. Hoffman, Esq.
       Crystal L. Rorabaugh, Esq.
*Attorneys for Defendant, JULIA TIDIK, NP*

Dated: November 26, 2025      **SMITH LAW OFFICES, LLP**

**By:** *Counsel Declined to Sign the Joint Request*
*Attorneys for Defendants, COUNTY OF SAN LUIS OBISPO and JASON HOOSON*

Dated: November 26, 2025      **MESSNER REEVES LLP**

**By:** */s/ Ethan Reimers*
       Andrew Hollins, Esq.
       Ethan Reimers, Esq.
*Attorneys for Defendants, BONNIE SAYERS and JANET BROWN*

1

## ELECTRONIC SIGNATURES

2

Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and

3

on whose behalf the filing is submitted, concur in the filing's content and have

4

authorized the filing.

5

6

Dated: December 17, 2025                **VEATCH CARLSON, LLP**

7

8

By: _____

9

Mark M. Rudy, Esq.

Serena L. Nervez, Esq.

10

Kenneth W. Baisch, Esq.

*Attorneys for Defendants,* ***SIERRA MENTAL***

11

***WELLNESS GROUP, JOSH SIMPSON, and***

***SHELLI WATSON***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

# CERTIFICATE OF SERVICE
### *Linda Cooper v. County of San Luis Obispo, et al.*
### *Case No.:  2:24-cv-08187-CV (AJRx)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, 11th Floor, Los Angeles, California 90017-2444.

On **December 17, 2025,** I served the foregoing document described as: **JOINT REQUEST FOR RULING ON SUBMITTED MATTERS** on interested parties in this action by one or more of the following methods:

### (SEE ATTACHED SERVICE LIST)

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **FEDERAL:**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and State of California, that the foregoing is true and correct. Executed on **December 17, 2025,** at Los Angeles, California.

    
Crisdena DeHerrera
Type or Print Name                                        Signature

**JOINT REQUEST FOR RULING ON SUBMITTED MATTERS
CASE NO:  2:24-cv-08187-CV (AJRx)**

**SERVICE LIST**
*Linda Cooper v. County of San Luis Obispo, et al.*
*Case No.:  2:24-cv-08187-DDP (AJRx)*

---

***Attorneys for Plaintiff, LINDA COOPER, Individually and on behalf of the Estate of Elina Quinn Branco***
Cameron Sehat, Esq., Jeffrey Mikel, Esq.
Nathalie Smith, Esq., Andrea Monge, Esq.
**THE SEHAT LAW FIRM, PLC**
5100 Campus Drive, Suite 200
Newport Beach, CA 92612
Telephone: (949) 825-5200 / Facsimile: (949) 313-5001
Emails: cameron@sehatlaw.com; j.mikel@sehatlaw.com; andrea.m@sehatlaw.com;
   diana.v@sehatlaw.com; Alexis@sehatlaw.com

***Attorney for Plaintiff, JEFFREY BRANCO, JR.***
Marjorie Heinrich, Esq., Ethan A. Wimert, Esq.
**HEINRICH LAW, PC**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (510) 944-0110 / Facsimile: (510) 944-0109
Emails: marjorie@heinrichlaw.net; ethan@heinrichlaw.net; Andrea@heinrichlaw.net

***Attorney for Plaintiff, JEFFREY BRANCO, JR.***
Andje M. Medina, Esq., Jasleen Singh, Esq.
**ALTAIR LAW**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 988-9828
Emails: amedina@altairlaw.com; jsingh@altairlaw.com; mscherler@altairlaw.com

***Attorneys for Defendant, SAVANNAH WILLIAMS***
Katharine L. Spaniac, Esq.
Richard R. Clouse, Esq.
Yolanda E. Lopez, Esq.
Lawya L. Rangel, Esq.
**CLOUSESPANIAC**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730-3048
Telephone: 909-941-3388 / Facsimile: 909-941-3389
Emails: klspaniac@csattys.com; rrclouse@csattys.com; yelopez@csattys.com;
   gcrosswhite@csattys.com; pfeltnor@csattys.com; mmedina@csattys.com;
   service@csattys.com; llrangel@csattys.com;

**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

**JOINT REQUEST FOR RULING ON SUBMITTED MATTERS
CASE NO:  2:24-cv-08187-CV (AJRx)**

***Attorneys for Defendant, BETHANY AURIOLES***
Daniel R. Friedenthal, Esq.
**FRIEDENTHAL, HEFFERNAN & BROWN, LLP**
1520 W. Colorado Boulevard, Second Floor
Pasadena, CA 91105
Telephone: (626) 628-2800 / Facsimile: (626) 628-2828
Emails: dfriedenthal@fhblawyers.com; jbrown@fhblawyers.com;
      nruiz@fhblawyers.com;

***Attorneys for Defendant, JULIA TIDIK, NP***
Brian L. Hoffman, Esq., Crystal L Rorabaugh, Esq.
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024-3804
Telephone: (310) 481-7600 / Facsimile: (310) 481-7650
Emails: bhoffman@wshblaw.com; crorabaugh@wshblaw.com;
      javilagonzales@wshblaw.com; favila@wshblaw.com ,

***Attorneys for Defendants, COUNTY OF SAN LUIS OBISPO and JASON HOOSON***
Douglas C. Smith, Esq., David Hall, Esq.
**SMITH LAW OFFICES, LLP**
4001 Eleventh Street
Riverside, CA 92501
Telephone: (951) 509-1355 / Facsimile: (951) 509-1356
Emails: dsmith@smitlaw.com; ahouston@smitlaw.com; jlee@smitlaw.com;
      jszalonek@smitlaw.com; mmartinez@smitlaw.com; dhall@smitlaw.com;

***Attorneys for Defendants, BONNIE SAYERS and JANET BROWN***
Andrew Hollins, Esq., Ethan Reimers, Esq.
**MESSNER REEVES LLP**
611 Anton Boulevard, Suite 450
Costa Mesa, CA 92626
Telephone: (949) 612-9128 / Facsimile: (949) 438-2304
Emails: ahollins@messner.com; ereimers@messner.com;
      mroccalendar@messner.com; jtusko@messner.com; sjohnson@messner.com;
      cscherz@messner.com;

8

**JOINT REQUEST FOR RULING ON SUBMITTED MATTERS
CASE NO: 2:24-cv-08187-CV (AJRx)**