UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-08187-CV (AJRx) | Date December 22, 2025 |
| Title *Linda Cooper v. County of San Luis Obispo, et al.* | |

Present: The Honorable Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

None Present                                                    None Present

**Proceedings:**     (IN CHAMBERS) ORDER RE REQUESTS FOR DECISION [L.R. 83-9.2]

       Pursuant to Local Rule 83-9.2, the parties are advised that the Court expects to issue its decision on the pending motions (Doc. ## 119, 125) by no later than March 31, 2026.

**IT IS SO ORDERED.**