Brian L. Hoffman (State Bar No. 150824)
bhoffman@wshblaw.com
Crystal L Rorabaugh (State Bar No. 313093)
crorabaugh@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
401 Wilshire Boulevard, Suite 1070
Santa Monica, California 90401
Phone: 310.481.7600 ♦ Fax: 310.481.7650

Attorneys for Defendant, JULIA TIDIK, NP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit Corporation, JASON HOOSON, individually, SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually, JANET BROWN, individually, SHELLE WATSON, individually; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08187-CV-(AJRx)<br><br>**SECOND JOINT STIPULATED REQUEST TO AMEND CIVIL TRIAL SCHEDULING ORDER (Dkt. 100) AND CONTINUE TRIAL;**<br><br>Complaint Filed: September 23, 2024<br>Amended Complaint Filed: June 2, 2025<br><br>**District Judge** Cynthia Valenzuela<br><br>**Magistrate Judge** A. Joel Richlin<br><br>Trial Date:           March 10, 2026 |

Plaintiff, LINDA COOPER, individually and On Behalf of the Estate of Decedent, ELINA QUINN BRANCO, by and through her counsel, and Defendants, COUNTY OF SAN LUIS OBISPO, SIERRA MENTAL WELLNESS GROUP, JASON HOOSON, SAVANNAH WILLIAMS, JOSH SIMPSON, BONNIE

1  SAYERS, JULIA TIDIK, BETHANY AURIOLES, JANET BROWN, and SHELLI
2  WATSON, by and through their respective counsels, stipulate, subject to the Court's
3  approval, to a modified case schedule and respectfully request that the Court enter
4  the revised schedule proposed herewith.

For the reasons set forth below, the parties submit that good cause exists for modifying the scheduling order and continue trial:

Plaintiff filed her initial Complaint on September 23, 2024. The Initial Case Status Conference was held on December 16, 2024, and the Court set trial for May 27, 2025. This trial date was taken off-calendar by the Court when the Honorable Judge Cynthia Valenzuela was assigned as the new District Court Judge on the matter, while the remaining discovery deadlines remained as set.

On April 3, 2025, this Court granted the Party's First Joint Stipulation to Modify the Pretrial Schedule and Extend Discovery and Pretrial Deadlines and Set Trial, and set trial for December 2, 2025.

On June 2, 2025, Plaintiff filed a First Amended Complaint (Dkt No. 103).

On July 8, 2025, Jeffrey Branco, the father of decedent, filed an unopposed Motion to Intervene as a Plaintiff in this matter, which the Court took under submission on August 11, 2026. (Dkt. No. 125);

On July 18, 2025, the Parties filed a Joint Stipulation to Continue Trial and Other Litigation Dates due to the need to complete additional discovery and pending Motion to Intervene, requesting a three-month continuance of the trial and related pre-trial and discovery deadlines, requesting a trial continuance to March 10, 2026. (Dkt. No. 132). The Court granted this stipulation on August 8, 2025. (Dkt. No. 138).

The parties have been diligently conducting discovery in this matter, and pursuant to the Court's current August 8, 2025 scheduling order, the expert disclosures took place on December 8, 2025, with rebuttal disclosures occurring on December 31, 2025. Under the Court's current scheduling order, the expert

discovery cutoff is January 19, 2026, the First Round of trial documents are currently due to the Court on Monday, January 23, 2026, with the second round due on February 6, 2026.

On October 24, 2025, Defendants COUNTY OF SAN LUIS OBISPO, JASON HOOSON, JULIA TIDIK, and SAVANNAH WILLIAMS, filed a Joint Motion for Summary Judgment/Summary Adjudication, which was set for hearing on November 21, 2025. (Dkt. No. 143).

On November 17, 2025, the Court continued the hearing on Defendant's Joint Motion for Summary Judgment to Friday, January 16, 2026. (Dkt. No. 150).

On or about December 11, 2025, Defendant Janet Brown was tried in criminal court in San Luis Obispo County on misdemeanor charges arising from allegations of fraudulent medical recordkeeping related to Decedent Elina Branco on the date of the incident. On or about December 18, 2025, the trial concluded with a hung jury, and the District Attorney has set the case for re-trial on February 9, 2026. The results of this trial will materially impact Defendant Janet Brown and other Defendant's potential defenses in this matter, and the Parties anticipate that it will also affect the factual stipulations of the parties at the time of trial, and potential motions in limine. Of additional importance, Defendant Janet Brown continues to invoke her 5th Amendment right against self-incrimination, preventing Plaintiff's counsel from taking her deposition.

On December 22, 2025, the Court notified the parties that the rulings on Jeff Branco's pending Motion to Intervene as a Plaintiff (Dkt. No. 125), as well as Defendants SIERRA, SIMPSON, and WATSON's Motion to Dismiss Punitive Damages (Dkt. No 119), are expected to be decided by March 31, 2026, which is after the current March 10, 2026, trial date. The Parties' agree that they cannot adequately prepare for trial in this matter until the Court has decided Jeffery Branco's Motion to Intervene, as the addition of a second Plaintiff materially affects the scope of the trial, and witnesses and evidence to be included in the same.

Based on the Court's Scheduling Order (Dkt. No. 100), Lead Trial Counsel for the Parties are required to meet and confer pursuant to Local Rule 16 to discuss matters necessary for trial, including contentions of law and fact, exhibits, and witnesses, the parties must also exchange proposed general and special Jury Instructions at least thirty-five (35) days before the FPTC, or January 16, 2026, the date the Joint Motion for Summary Judgment is set to be heard.

The parties agree that without the Court's rulings on the pending Joint Motion for Summary Judgment, Motion to Intervene, and Motion to Dismiss, they will be unable to fully comply with the meet and confer deadlines of the Court's Trial Scheduling Order, and the District Court's Local Rules, as the scope of the claims, contentions, witnesses, and exhibits that will be necessary at trial are not currently ascertainable, as the Court's ruling on the Joint Motion for Summary Judgment may narrow the scope of issues to be decided at trial, and may materially affect the contents of the proposed jury instructions, exhibits, witness lists, and verdict forms. Further, without a trial continuance, should Jeffrey Branco be added as a Plaintiff in this matter, his interests will be prejudiced as he will not have sufficient time to prepare for and/or participate in the trial based on the current date, including preparing pre-trial documents necessary for the same.

Due to the holidays in December, despite the best efforts of the parties, the depositions of the various disclosed experts have been noticed, but not yet moved forward. The parties have been diligently working to coordinate and schedule these depositions, but due to the limited availability of the Counsels and experts, it is anticipated that the depositions will not be completed by the current January 19, 2026, expert discovery cutoff.

WHEREAS, the parties wish to attend a second mediation in this matter, to attempt to resolve this matter without the need for a trial, thus conserving judicial resources. However, the current parties to the action agree that such mediation cannot move forward until the pending Motion to Intervene and Motion to Dismiss

Punitive Damages are decided, as the addition of a second Plaintiff materially impacts settlement efforts. The parties are thus unable to conduct meaningful settlement discussions until the parties to the action are confirmed. Further, the first available date for mediation with their selected mediator, Richard Copeland, Esq., who conducted the first mediation, is not until April 3, 2026, which is after the current trial date;

WHEREAS, the Parties believe that a continuance in this matter will conserve judicial resources, and ensure judicial economy, as decisions on the pending motions may streamline the pre-trial documents, and without the same, the pre-trial documents submitted on January 23, 2026, will likely need to be amended once these motions have been decided. Furthermore, the Parties agree that the scope of the expert opinions necessary to prosecute and defend this action may change depending on the Court's ruling on the Joint Motion for Summary Judgment.

WHEREAS, the parties have met and conferred in good faith, and based on the foregoing, the Parties respectfully now jointly request that this Court modify the Scheduling Order (Dkt. 100) as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Discovery Cutoff | January 19, 2026 | February 18, 2026 |
| Trial Documents (First Round) | January 23, 2026 | June 12, 2026 |
| Trial Documents (Second Round) | February 6, 2026 | June 26, 2026 |
| Pre-Trial Conference/hearings on Motions in Limine | February 20, 2026 | August 7, 2026 |
| Trial | March 10, 2026 | August 25, 2026 |

WHEREAS, this is the Parties' third request for an amendment of the

scheduling order in this case, and second request to continue the trial date. The requested continuance is not intended for any improper purpose or to disadvantage any party. Accordingly, the parties jointly request that the Court amend its Civil Trial Order as requested herein, or to such later dates as would fit within the Court's schedule.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through the undersigned counsel, as follows:

Upon the Court's approval, the Scheduling Order (Dkt. 100) shall be amended as follows:

| | |
|---|---|
| Expert Discovery Cut-Off: | February 18, 2026 |
| Pretrial Documents (First Round): | June 12, 2026 |
| Pretrial Documents (Second Round): | June 26, 2026 |
| Final Pretrial Conference and Hearing on Motions in Limine: | August 7, 2026 |
| Trial Date (Est. 6-7 Days): | August 25, 2026 |

IT IS SO STIPULATED.

January 13, 2026                    WOOD, SMITH, HENNING & BERMAN LLP

By: ___/s/ Crystal L. Rorabaugh___
BRIAN L. HOFFMAN
CRYSTAL L. RORABAUGH
Attorneys for Defendant, JULIA TIDIK, PMHNP

January 14, 2026	THE SEHAT LAW FIRM, PLC

By:    /s/ Cameron Sehat
    CAMERON SEHAT
    JEFFREY MIKEL
Attorneys for Plaintiff, LINDA COOPER, Individually and on Behalf of the Estate of ELINA QUINN BRANCO

January 14, 2026	MANNING & KASS, ELROD, RAMIREZ, TRESTER, LLP

By:    /s/ David P. Hall
    DOUGLAS C. SMITH
    DAVID P. HALL
Attorneys for Defendants, COUNTY OF SAN LUIS OBISPO and JASON HOOSON

January 14, 2026	FRIEDENTHAL, HEFFERNAN & BROWN, LLP

By:    /s/ Daniel R. Friedenthal
    DANIEL R. FRIEDENTHAL
Attorneys for Defendant, BETHANY AURIOLES

CLOUSESPANIAC ATTORNEYS

January 14, 2026

By:    /s/ Lawya Rangel
    KATHERINE SPANIAC
    LAWYA RANGEL
    YOLANDA LOPEZ
Attorneys for Defendant, SAVANNAH WILLIAMS

January 14, 2026                    VEATCH CARLSON, LLP


                                    By: __/s/ Mark Rudy_____
                                        SERENA NERVEZ
                                        MARK RUDY
                                    Attorneys for Defendants, SIERRA MENTAL
                                    WELLNESS GROUP, JOSH SIMPSON, and
                                    SHELLE WATSON

January 13, 2026                    MESSNER REEVES LLP


                                    By: __/s/ Ethan Reimers_____
                                        ETHAN REIMERS
                                    Attorneys for Defendant, BONNIE SAYERS
                                    and JANET BROWN

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Cameron Sehat, David P. Hall, Daniel R. Friedenthal, Lawya Rangel, Mark Rudy, and Ethan Reimers, counsel for the respective parties, concur in the content of this filing and have authorized this filing.

DATED: January 14, 2026   _/s/ Crystal L. Rorabaugh_____

                                    Crystal L. Rorabaugh

# PROOF OF SERVICE

**Cooper et al v. County of San Luis Obispo et al**
**Case No. 2:24-cv-08187-CV-AJRx**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 6A Liberty Street, Suite 200, Aliso Viejo, CA 92656.

On January __, 2026, I served the following document(s) described as **SECOND JOINT STIPULATED REQUEST TO AMEND CIVIL TRIAL SCHEDULING ORDER (DKT. 100) AND CONTINUE TRIAL; DECLARATION OF CRYSTAL L. RORABAUGH; DECLARATION OF DAVID P. HALL** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 14, 2026, at Aliso Viejo, California.

                                  /s/Crystal L. Rorabaugh
                                  Crystal L. Rorabaugh

WOOD, SMITH, HENNING & BERMAN LLP
401 WILSHIRE BOULEVARD, SUITE 1070
SANTA MONICA, CALIFORNIA 90401
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

**SERVICE LIST**
**Cooper et al v. County of San Luis Obispo et al**
**Case No. 2:24-cv-08187-CV-AJRx**

Cameron Sehat, Esq.
Jeffrey Mikel, Esq.
Nathalie Smith, Esq.
**THE SEHAT LAW FIRM, PLC**
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: Cameron@sehatlaw.com;
alexis@sehatlaw.com;
j.mikel@sehatlaw.com;
andrea.m@sehatlaw.com;
a.menninger@sehatlaw.com;
diana.v@sehatlaw.com;
**Attorneys for Plaintiff, LINDA COOPER, Individually and on Behalf of the Estate of ELINA QUINN BRANCO**

Andjie M. Medina
Jasleen Singh
**ALTAIR LAW, LLP**
465 California Street 5th Fl.
San Francisco, CA 94104
Tel: (415) 988-9828
Fax: (415) 988-9815
Email: amedina@altairlaw.com;
jsingh@altairlaw.com;
mscherler@altairlaw.com;
abaronian@altairlaw.com;
**Attorneys for Plaintiff, JEFFREY BRANCO, JR**

Marjorie Heinrich (SBN 124682)
Ethan A. Wimert (SBN 266059)
**HEINRICH LAW, PC**
1900 Powell Street, Ste. 450
Emeryville, CA 94608
Telephone: (510) 944-0110
Facsimile: (510) 944-0109
marjorie@heinrichlaw.net
ethan@heinrichlaw.net;
araceli@heinrichlaw.net;
**Attorneys for Plaintiff, JEFFREY BRANCO, JR**

Lawya L. Rangel
**CLOUSESPANIAC ATTORNEYS**
8038 Haven Avenue Suite E
Rancho Cucamonga, CA 91730
909-941-3388
Fax: 909-941-3389
Email: llrangel@csattys.com;
yelopez@csattys.com;
klspaniac@csattys.com;
gcrosswhite@csattys.com;
pfeltnor@csattys.com;
mmedina@csattys.com;
service@csattys.com;
**Attorneys for Defendant, Savannah Williams**

WOOD, SMITH, HENNING & BERMAN LLP
401 WILSHIRE BOULEVARD, SUITE 1070
SANTA MONICA, CALIFORNIA 90401
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

41286629.1:10853-0066

-2-

SECOND JOINT STIPULATED REQUEST TO AMEND CIVIL TRIAL SCHEDULING ORDER (DKT 100) AND CONTINUE TRIAL

1  Daniel R Friedenthal
   **FRIEDENTHAL HEFFERNAN AND BROWN LLP**
2  1520 West Colorado Boulevard 2nd Floor
3  Pasadena, CA 91105
   626-628-2800
4  Fax: 626-628-2828
   Email: dfriedenthal@fhblawyers.com
5  jbrown@fhblawyers.com;
   nruiz@fhblawyers.com;
6  **Attorneys for Defendant, Bethany Aurioles**

   Mark M Rudy
   Serena Lee Nervez
   Sonja M.Dahl
   **VEATCH CARLSON LLP**
   1055 Wilshire Boulevard 11th Floor
   Los Angeles, CA 90017
   213-381-2861
   Fax: 213-383-6370
   Email: mrudy@veatchfirm.com;
   snervez@veatchfirm.com;
   kesquivel@veatchfirm.com;
   cdeherrera@veatchfirm.com;
   sdahl@veatchfirm.com;
   **Attorneys for Defendant, Sierra Mental Wellness Group, JOSH SIMPSON .and SHELLI WATSON**

9
10 Doug Smith, Esq.
   David Hall, Esq.
   **MANNING | KASS**
11 4001 Eleventh Street
   Riverside, CA 92501
12 Tel: (951) 509-1355
   Emails: doug.smith@manningkass.com
13         david.hall@manningkass.com
           jill.szalonek@manningkass.com
14         Annette.houston@manningkass.com
   **Attorneys for Defendant, COUNTY OF SAN LUIS OBISPO AND JASON HOOSON**

WOOD, SMITH, HENNING & BERMAN LLP
401 WILSHIRE BOULEVARD, SUITE 1070
SANTA MONICA, CALIFORNIA 90401
TELEPHONE 310.481.7600 ♦ FAX 310.481.7650

41286629.1:10853-0066                -3-
SECOND JOINT STIPULATED REQUEST TO AMEND CIVIL TRIAL SCHEDULING ORDER (DKT 100) AND CONTINUE TRIAL