Case 2:24-cv-08187-CV-AJR   Document 154-2   Filed 01/14/26   Page 1 of 2   Page ID #:2864

Eugene P. Ramirez (State Bar No. 134865)
  *eugene.ramirez@manningkass.com*
David P. Hall (State Bar No. 196891)
  *David.Hall@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
4001 Eleventh Street
Riverside, California 92501
Telephone: (951) 509-1355
Facsimile: (951) 509-1356

Attorneys for COUNTY OF SAN LUIS OBISPO and JASON HOOSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit Corporation, JASON HOOSON, iindividually, SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually, JANET BROWN, individually, SHELLE WATSON, individually; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-CV-08187 CV (AJR)<br><br>**DECLARATION OF DAVID P. HALL IN SUPPORT OF STIPULATION TO CONTINUE TRIAL DATES**<br><br>Crtrm.: 10B<br><br>Judge: Cynthia Valenzuela |

**DECLARATION OF DAVID P. HALL IN SUPPORT OF STIPULATION TO CONTINUE TRIAL DATES**

I, DAVID P. HALL, declare:

1. I am over the age of eighteen years and am an attorney licensed to practice before all courts in the State of California, the United States District Court for the Southern District of California, Central District of California and Eastern District of California, and the Ninth Circuit Court of Appeals. I am an attorney with the Manning & Kass, Ellrod, Ramirez, Trester LLP. I have personal knowledge of the facts contained in this declaration, and if called to testify, I would and could testify to them.

2. Since 2024, Smith Law Offices LLP has been defendant involved with this case. Douglas Smith and I were representing Defendants County of San Luis Obispo and Jason Hooson on behalf of Smith Law Offices. Effective January 1, 2025, Smith Law Group and its attorneys joined Manning & Kass, Ellrod, Ramirez, Trester LLP, effective January 1, 2026.

3. In light this transaction, I will be continuing to work on this matter as part of Manning & Kass. Mr. Smith will start limiting his involvement in the practice and may not be available to try this case. A new attorney will be assigned to work on the case and will need time to review the documents, pleadings and discovery to be able to participate in trial.

4. Based on the change in personnel, a continuance of trial would be strongly recommended to give the new attorney an opportunity to get up-to-speed on the case.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 14, 2026         */s David P. Hall*
                                David P. Hall

2
**DECLARATION OF DAVID P. HALL IN SUPPORT OF STIPULATION TO CONTINUE TRIAL DATES**