Marjorie Heinrich (SBN 124682)
Ethan A. Wimert (SBN 266059)
**HEINRICH LAW, PC**
1900 Powell Street, Ste. 450
Emeryville, CA 94608
Telephone:  (510) 944-0110
Facsimile:   (510) 944-0109
marjorie@heinrichlaw.net
ethan@heinrichlaw.net

Andje M. Medina (SBN 251288)
Jasleen Singh (SBN 315315)
**ALTAIR LAW**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone:  (415) 988-9828
amedina@altairlaw.com
jsingh@altairlaw.com

Attorneys for Plaintiff
JEFFREY BRANCO, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO, and JEFFREY BRANCO, JR., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit | Case No. 2:24-cv-08187-CVD-AJR <br><br> **PROPOSED PRE-TRIAL AND TRIAL DEADLINES PER COURT'S ORDER, DKT. 155** <br><br><br> **ASSIGNED TO HON. CYNTHIA VALENZUELA, COURTROOM 10B** |

1

Corporation; JASON HOOSON, individually; SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually; JANET BROWN, individually; SHELLE WATSON, individually; DOES 1 through 10, inclusive,

    Defendants.

Per the Court's Order of January 15, 2026, Dkt. 155, granting Plaintiff Jeffrey Branco Jr.'s motion to intervene, the Parties have met and conferred and agreed to the pre-trial and trial deadlines proposed below.

| Event | Proposed Date |
| --- | --- |
| Motion for Summary Judgment Hearing | February 27, or March 6, 2026, per the Court's availability |
| Fact Discovery Cutoff | March 31, 2026 |
| Expert Disclosure (Initial) | May 21, 2026 |
| Expert Disclosure (Rebuttal) | June 4, 2026 |
| Expert Discovery Cutoff | July 1, 2026 |
| Trial Documents (First Round) | July 13, 2026 |
| Trial Documents (Second Round) | July 27, 2026 |
| Pre-Trial Conference/hearings on Motions in Limine | August 14, 2026 |
| Trial Date | September 1, 2026 |

**IT IS SO ORDERED.**

DATED: _____

_____
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE