# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Cooper, individually, et al.<br><br>Plaintiff(s)<br>v.<br><br>County of San Luis Obispo, a governmental entity, form unknown, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-08187-SVW(AJRx)<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

__Jason Hooson__                     ☐ Plaintiff  ☒ Defendant  ☐ Other
Name of Party

☒ to substitute   __Dennis B. Kass, Esq.__   who is
☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

__Manning & Kass, Ellrod, Ramirez, Tresler – 4001 Eleventh Street__
Street Address

__Riverside, CA 92501__                     __dennis.kass@manningkass.com__
City, State, Zip                              E-Mail Address

__(951) 509-1355__          __(951) 509-1356__          __137263__
Telephone Number            Fax Number                  State Bar Number

As attorney of record instead of   __Douglas C. Smith, Esq. and David P. Hall, Esq.__
List **all** attorneys from same firm or agency who are withdrawing.

__Smith Law Offices, LLP__

Is hereby ☒ GRANTED ☐ DENIED

☒ The Court hereby orders that the request of: __Douglas C. Smith, Esq. and David P. Hall, Esq.__
List **all** attorneys from same firm or agency who are withdrawing.
__Smith Law Offices, LLP__

to withdraw as attorney of record for   __Jason Hooson__

Is hereby ☒ GRANTED ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: 2/2/26

*Cynthia Valenzuela*
U.S. District Judge