1  MESSNER REEVES LLP
   Andrew Hollins (SBN 80194)
2  ahollins@messner.com
   Ethan Reimers (SBN 311020)
3  ereimers@messner.com
   611 Anton Boulevard, Ste. 450
4  Costa Mesa, California 92626
   Telephone:(949) 612-9128
5  Facsimile: (949) 438-2304

6  Attorneys for Defendants BONNIE
   SAYERS and JANET BROWN
7

8              **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 LINDA COOPER, Individually, And          Case No. 2:24-cv-08187-CV-AJR
   On Behalf of The Estate of Decedent,     Hon. District Judge Cynthia Valenzuela
12 ELINA QUINN BRANCO,                       Magistrate Judge A. Joel Richlin

13             Plaintiff,

14        v.                                 **ANSWER OF JANET BROWN TO
                                             JEFFREY BRANCO, JR.'S
15 COUNTY OF SAN LUIS OBISPO, a              COMPLAINT IN INTERVENTION
   governmental entity, form unknown;        FOR DAMAGES/ INJUNCTIVE
16 SIERRA MENTAL WELLNESS                     RELIEF/DEMAND FOR JURY
   GROUP, a California Non-Profit             TRIAL**
17 Corporation; JASON HOOSON,
   individually, SAVANNAH
18 WILLIAMS, individually; JOSH
   SIMPSON, individually; BONNIE
19 SAYERS, individually; JULIA TIDIK,
   individually; BETHANY AURIOLES,
20 individually; JANET BROWN,                Discovery Cutoff:  April 15, 2025
   individually, SHELLE WATSON,              Trial Date:        None
21 individually; DOES 1 through 10,
   inclusive,
22
               Defendants.
23

24        COMES NOW Defendant JANET BROWN ("Defendant") and hereby submits

25 this   Answer   ("Answer")   to   Plaintiff   JEFFREY   BRANCO,   JR.'s

26 ("Plaintiff")  Complaint in Intervention for Damages/Injunctive Relief/Jury Trial

27 ("Complaint").   The numbered paragraphs in this Answer correspond to the

28 numbered paragraphs of the Complaint. Any allegation that is not specifically

{08753582 / 1}

ANSWER OF JANET BROWN TO PLAINTIFF'S COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

admitted is denied. Defendant answers as follows:

## **ANSWER TO COMPLAINT**

1.      Paragraph 1 contains conclusions of law with respect to the legal capacity of Plaintiff to bring the claims on the decedent's behalf, to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

2.      Defendant admits that, on information and belief, decedent Elina Quinn Branco was a client at San Luis Obispo Crisis  Stabilization Unit operated by Sierra Mental Wellness Group. The remainder of this paragraph contains conclusions of law with respect to the parties named as Defendants and the causes of action against them to which no response is required. To the extent a response is required, Defendant denies all allegations not specifically admitted herein.

3.      Defendant denies the allegations in paragraph with respect to Defendant.

4.      Defendant admits that the action is purportedly brought under the U.S. Constitution, 42 U.S.C. § 1983, and under state statutes. Defendant denies that the death of decedent was caused by any action or omission of Defendant.

5.      Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

6.      Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

7.      Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

8.      Defendant admits the allegations in this paragraph.

9.      Defendant admits that the decedent was a client at the Crisis Stabilization Unit operated by Sierra Mental Health Wellness Group.

10.      Defendant admits the allegations in this paragraph.

11.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

12.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

13.    Defendant admits the allegations in this paragraph.

14.    Defendant admits the allegations in this paragraph on information and belief.

15.    Defendant admits the allegations in this paragraph on information and belief.

16.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

17.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

18.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

19.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

20.    Defendant admits Defendant was employed by Sierra Mental Wellness Group as a licensed psychiatric technician at the time of the alleged incident. The remainder of the paragraph contains conclusions of law to which no response is required. Defendant denies all remaining allegations not specifically admitted herein.

21.    Defendant admits Ms. Sayers was employed by Sierra Mental Wellness Group at the time of the alleged incident. The remainder of the paragraph contains conclusions of law to which no response is required. Defendant denies all remaining allegations not specifically admitted herein.

22.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

23.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

24.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

25.     Defendant denies the allegations in this paragraph.

26.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

27.     This paragraph contains conclusions of law with respect to fictitiously named defendants, to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the background allegations in this paragraph, and therefore deny them.

28.     This paragraph contains conclusions of law with respect to fictitiously named defendants, to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the background allegations in this paragraph, and therefore deny them.

29.     This paragraph contains conclusions of law to which no response is required. To the extent a response is required, Defendants lack sufficient knowledge or information to form a belief about the truth of the background allegations in this paragraph, and therefore deny them.

30.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

31.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

32.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

33.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

34.     Defendant lacks sufficient knowledge or information to form a belief

about the allegations in this paragraph, and on that basis denies them.

35.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

36.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

37.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

38.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

39.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

40.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

41.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

42.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

43.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

44.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

45.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

46.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

47.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

48.    Defendant lacks sufficient knowledge or information to form a belief

about the allegations in this paragraph, and on that basis denies them.

49.     Defendant admits Hoosan "handed off" the decedent to staff at the Crisis Stabilization Unit. All other allegations not specifically admitted herein are denied.

50.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

51.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

52.     Defendant admits a shift change occurred at approximately 7:30 p.m. wherein Defendant started her shift.

53.     Defendant admits, on information and belief, that such a note was made in the decedent's chart.

54.     Defendant admits, on information and belief, that such a note was made in the decedent's chart.

55.     Defendant admits, on information and belief, that such a note was made in the decedent's chart.

56.     Defendant denies the allegations in this paragraph as to Defendant. As to the other Defendants, Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

57.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

58.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

59.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

60.     Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

61.     Defendant lacks sufficient knowledge or information to form a belief

about the allegations in this paragraph, and on that basis denies them.

62.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

63.    Defendant denies the allegations in this paragraph.

64.    Defendant denies the allegations in this paragraph.

65.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

66.    Defendant denies the allegations in this paragraph.

67.    Defendant denies the allegations in this paragraph.

68.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

69.    Defendant denies the allegations in this paragraph pertaining to Defendant. With respect to the allegations pertaining to the conduct and/or knowledge of SIERRA or the COUNTY, Defendant lacks sufficient knowledge or information for a belief about such allegations, and on that basis denies them.

70.    Defendant denies the allegations in this paragraph.

71.    Defendant denies the allegations in this paragraph.

72.    Defendant denies the allegations in this paragraph.

73.    Defendant denies the allegations in this paragraph.

74.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

75.    Defendant admits the allegations in this paragraph.

76.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

77.    Defendant admits that the decedent, on information and belief, was admitted to the Crisis Stabilization Unit as a 5150 hold. The remaining allegations in this paragraph contains conclusions of law, to which no response is required.

78.    Defendant lacks sufficient knowledge or information to form a belief

about the allegations in this paragraph, and on that basis denies them.

79.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

80.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

81.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

82.    Defendant admits the allegations in this paragraph to the extent that the CSU was a facility generally where clients mental health crises could be managed and de-escalated, and was not a detox or residential treatment center. Defendant denies any allegation not specifically admitted.

83.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

84.    Defendant lacks sufficient knowledge or information with respect to Plaintiff's interpretation of information gleaned from Defendant during discovery, and therefore lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

85.    Defendant admits concerns were raised with respect to the CSU accepting higher-needs clients. Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

86.    Defendant admits concerns were raised with respect to the CSU accepting higher-needs clients. Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

87.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

88.    Defendant admits that Nurse Farley was a CSU manager with authority

to admit or deny clients. Defendant admits that the CSU engaged on-call nurse practitioners Julia Tidik and Terra Clayton. Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

89.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

90.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

91.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

92.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

93.    The allegations in this paragraph contains conclusions of law and/or argument, to which no response is required. To the extent a response is required, Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

94.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

95.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

96.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

97.    The allegations in this paragraph contains conclusions of law, to which no response is required.

98.    Defendant lacks sufficient knowledge or information to form a belief about the allegations in this paragraph, and on that basis denies them.

99.    Defendant denies the allegations incorporated into this paragraph to the extent they are denied elsewhere herein. Defendant denies any allegation not

1    specifically admitted.

2         100.    Defendant denies she made intentional decisions not to monitor the

3    decedent for signs of medical distress. Defendant denies she made intentional

4    decisions to falsify the decedent's monitoring logs. Defendant lacks sufficient

5    knowledge or information to form a belief about the remaining allegations in this

6    paragraph, and on that basis denies them.

7         101.    Defendant denies the allegations in this paragraph.

8         102.    Defendant denies the allegations in this paragraph.

9         103.    Defendant denies the allegations in this paragraph.

10        104.    Defendant denies the allegations in this paragraph.

11        105.    Defendant denies the allegations in this paragraph.

12        106.    Defendant denies the allegations in this paragraph.

13        107.    The allegations in this paragraph contains conclusions of law, to which

14   no response is required. To the extent a response is required, Defendant denies she is

15   liable to Plaintiff for any of the claims or causes of action asserted in the Complaint,

16   or any of the relief sought thereon.

17        108.    Defendant denies the allegations incorporated into this paragraph to the

18   extent they are denied elsewhere herein. Defendant denies any allegation not

19   specifically admitted.

20        109.    The allegations in this paragraph contains conclusions of law, to which

21   no response is required. To the extent a response is required, Defendant denies she is

22   liable to Plaintiff for any of the claims or causes of action asserted in the Complaint,

23   or any of the relief sought thereon.

24        110.    Defendant denies the allegations in this paragraph.

25        111.    Defendant lacks sufficient knowledge or information to form a belief

26   about the allegations in this paragraph, and on that basis denies them.

27        112.    Defendant denies the allegations in this paragraph as to Defendant.

28   Defendant lacks sufficient knowledge or information to form a belief about the

remaining allegations in this paragraph, and on that basis denies them.

113.    The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

114.    Defendant denies the allegations incorporated into this paragraph to the extent they are denied elsewhere herein. Defendant denies any allegation not specifically admitted.

115.    The allegations in this paragraph contains conclusions of law, to which no response is required.

116.    The allegations in this paragraph contains conclusions of law, to which no response is required.

117.    Defendant denies the allegations in this paragraph pertaining to Defendant. Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

118.    Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

119.    Defendant denies the allegations in this paragraph pertaining to Defendant. Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

120.    Defendant denies the allegations in this paragraph pertaining to Defendant. Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

121.    Defendant denies the allegations in this paragraph pertaining to Defendant. Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

122.    The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is

liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

123.    Defendant denies the allegations incorporated into this paragraph to the extent they are denied elsewhere herein. Defendant denies any allegation not specifically admitted.

124.    The allegations in this paragraph contains conclusions of law, to which no response is required.

125.    Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

126.    Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

127.    Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

128.    Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

129.    The allegations in this paragraph contains conclusions of law, to which no response is required.

130.    The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

131.    Defendant denies the allegations incorporated into this paragraph to the extent they are denied elsewhere herein. Defendant denies any allegation not specifically admitted.

132.    The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

133.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

134.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

135.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

136.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

137.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

138.   Defendant denies the allegations incorporated into this paragraph to the extent they are denied elsewhere herein. Defendant denies any allegation not specifically admitted.

139.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

140.   The allegations in this paragraph contains conclusions of law, to which

no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

141.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

142.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

143.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

144.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

145.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

146.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

147.   Defendant denies the allegations incorporated into this paragraph to the

1  extent they are denied elsewhere herein. Defendant denies any allegation not
2  specifically admitted.

3      148.  Defendant lacks sufficient knowledge or information to form a belief
4  about the remaining allegations in this paragraph, and on that basis denies them.

5      149.  Defendant lacks sufficient knowledge or information to form a belief
6  about the remaining allegations in this paragraph, and on that basis denies them.

7      150.  Defendant lacks sufficient knowledge or information to form a belief
8  about the remaining allegations in this paragraph, and on that basis denies them.

9      151.  Defendant lacks sufficient knowledge or information to form a belief
10 about the remaining allegations in this paragraph, and on that basis denies them.

11     152.  Defendant lacks sufficient knowledge or information to form a belief
12 about the remaining allegations in this paragraph, and on that basis denies them.

13     153.  Defendant denies the allegations incorporated into this paragraph to the
14 extent they are denied elsewhere herein. Defendant denies any allegation not
15 specifically admitted.

16     154.  The allegations in this paragraph contains conclusions of law, to which
17 no response is required.

18     155.  The allegations in this paragraph contains conclusions of law, to which
19 no response is required.

20     156.  The allegations in this paragraph contains conclusions of law, to which
21 no response is required. To the extent a response is required, Defendant denies she is
22 liable to Plaintiff for any of the claims or causes of action asserted in the Complaint,
23 or any of the relief sought thereon.

24     157.  The allegations in this paragraph contains conclusions of law, to which
25 no response is required. To the extent a response is required, Defendant denies she is
26 liable to Plaintiff for any of the claims or causes of action asserted in the Complaint,
27 or any of the relief sought thereon.

28     158.  The allegations in this paragraph contains conclusions of law, to which

no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

159.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

160.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

161.   Defendant denies the allegations incorporated into this paragraph to the extent they are denied elsewhere herein. Defendant denies any allegation not specifically admitted.

162.   The allegations in this paragraph contains conclusions of law, to which no response is required.

163.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

164.   Defendant lacks sufficient knowledge or information to form a belief about the remaining allegations in this paragraph, and on that basis denies them.

165.   The allegations in this paragraph contains conclusions of law, to which no response is required. To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any of the relief sought thereon.

166.   To the extent a response is required, Defendant denies she is liable to Plaintiff for any of the claims or causes of action asserted in the Complaint, or any

1  of the relief sought thereon.

2      167.    To the extent a response is required, Defendant denies she is liable to

3  Plaintiff for any of the claims or causes of action asserted in the Complaint, or any

4  of the relief sought thereon.

5      168.    The remaining paragraphs of the Complaint contain Plaintiff's

6  requested relief, to which no response is required. To the extent a response may be

7  required, Defendants deny the allegations contained in the Complaint's remaining

8  paragraphs and further deny Plaintiff is entitled to any relief from Defendant. Any

9  allegation not specifically addressed is denied.

10                                **AFFIRMATIVE DEFENSES**

11      Defendants assert the following affirmative defenses as separate and distinct

12  defenses to the Complaint, and each and every cause of action thereof. Defendant

13  does not concede that Defendant has the burden of production or proof as to any

14  affirmative defenses set forth below. Further, Defendant does not presently know all

15  of the facts concerning the conduct of Plaintiff sufficient to state all affirmative

16  defenses at this time. Defendant is informed and believe that a reasonable

17  opportunity for investigation and discovery will reveal facts in support of the

18  following affirmative defenses.

19                            **FIRST AFFIRMATIVE DEFENSE**

20      AS A SEPARATE DEFENSE Defendant is informed and believes neither the

21  Complaint nor any cause of action in the Complaint states facts sufficient to constitute a

22  cause of action against this appearing Defendant.

23                          **SECOND AFFIRMATIVE DEFENSE**

24      AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the

25  complaint and each cause of action contained therein are barred by the applicable statutes of

26  limitation, including, but not limited to, sections 335.1, 338, and 343 of the Code of Civil

27  Procedure.

28                            **THIRD AFFIRMATIVE DEFENSE**

{08753582 / 1}
                                    17

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes Plaintiff's alleged injuries and damages, if any, were aggravated by Plaintiff's failure to use reasonable diligence to mitigate them.

### FOURTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the Plaintiff has waived the right to maintain the actions filed in this case.

### FIFTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the Plaintiff and/or Decedent was guilty of comparative fault or negligence in the matters set forth in the complaint which proximately caused or contributed to the injuries or damages alleged in the complaint.

### SIXTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the codefendants, and each of them, named and unnamed in the Complaint, were guilty of negligence, or other acts or omissions related to the matters set forth in the complaint which proximately caused the injuries and damages alleged therein, if any, and the percentage of negligence attributable to each said codefendant should be determined and allocated accordingly.

### SEVENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the Plaintiff had knowledge of the risks and hazards inherent in the events and activities which took place at the times set forth in the complaint, as well as the magnitude of those risks and hazards, and thereafter knowingly and willingly assumed and accepted those risks and hazards.

### EIGHTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the Plaintiff is estopped by action of law or by conduct from maintaining the actions filed in this case.

## NINTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the Plaintiff has "unclean hands" with regard to the relief sought in the complaint and are therefore barred from obtaining such relief.

## TENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes Plaintiff's behavior at the time of injury constitutes willful misconduct, and Plaintiff is thus barred from seeking recovery based upon the asserted negligence of Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the actions filed in this case are not maintainable under the doctrine of laches because of Plaintiff's prejudicial delay in asserting them.

## TWELFTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes Plaintiff's complaint fails to state the existence of a justiciable controversy between the parties.

## THIRTEENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes should loss, damages or detriment have occurred as alleged in Plaintiffs' complaint, then said loss, damage or detriment was actually and proximately caused or contributed to by the negligence or wrongful and/or careless action or omission to act and/or other tortious conduct of persons or entities other than this Defendant.

## FOURTEENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE, Defendant is informed and believes that any action or omission to act on defendant's part, or any action or omission to act on the part of any person or any entity for whose actions or omissions defendant is (or may be established to be) legally responsible, did not actually or proximately cause or contribute in any manner or to any degree, to any losses or damages for which recovery is sought by

Plaintiff in the complaint.

## FIFTEENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the acts or omissions to act, and/or other alleged tortious conduct of persons or entities other than this defendant, actually and proximately caused or contributed to Plaintiff's underlying losses and damages, if any.  Accordingly, said actions or omissions to act constituted intervening and superseding causes of the losses or damages, if any, allegedly sustained by the underlying Plaintiff.

## SIXTEENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes Plaintiff's claims are barred due to Plaintiff's and/or Decedent's assumption of the risk, either express or implied, of her alleged injuries and damages.

## SEVENTEENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes that should it be found that defendant is in any manner legally responsible for damages sustained by Plaintiff in the underlying action, which defendant specifically denies, Defendant's liability for non-economic damages shall be severally only and not joint, such that this party shall be liable only for the amount of non-economic damages allocated to it in direct proportion to its percentage of fault.

## EIGHTEENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes that Plaintiff is barred from recovery because defendant lacked actual or constructive notice of the allegedly dangerous conditions alleged by Plaintiff.

## NINETEENTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes that if this Defendant is found to have been negligent or at fault in any manner, which is expressly denied, any negligence or fault could only be vicarious, secondary and passive, while the negligence of Plaintiff, and/or Decedent, and/or other defendants, and other third parties,

would be active and primary.

## TWENTIETH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes the subject underlying incident was caused by unforeseeable criminal actions of third parties other than Defendant.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes at all relevant times Defendant relied on a good faith interpretation of law.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes that Plaintiff was not deprived of life, liberty, property, or any other Constitution or statutory right through any act or omission of Defendant.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes that should she be found liable to Plaintiff, which Defendant explicitly denies, and the total award equals or exceeds the amount set forth in CCP § 557.7, Defendant may request that judgment be entered such that future damages may be paid by periodic payments, as provided by law.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes that Defendant is entitled to introduce evidence of payments by collateral sources pursuant to Cal. Civ. Code § 3333.1.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believes that Plaintiff's award for noneconomic losses, if any, may not exceed the amount set forth in California Civil Code § 3333.2.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

AS A FURTHER SEPARATE DEFENSE Defendant is informed and believe that hat the Complaint and each purported cause of action therein fails, since the Plaintiff does not

describe claims against Defendant with sufficient particularity to enable Defendant to ascertain all of the defenses that may exist. Defendants, therefore, reserves the right to amend Defendant's answer and to assert additional defenses and/or supplement, alter, or change this answer upon completion of appropriate investigation and discovery concerning Plaintiff's claims once  the precise nature of the claims made against Defendant is determined.

## PRAYER

WHEREFORE, Defendant prays that Plaintiff takes nothing by way of the Complaint and that Defendant have judgment in Defendant's favor, for all costs of suit, attorneys' fees, on all special defenses, and for all other relief that the court may order or award in this case.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial on all claims and allegations asserted by Plaintiff in the Complaint.

DATED:  February 10, 2026                    Respectfully submitted,

MESSNER REEVES LLP


_____

Andrew Hollins
Ethan Reimers
Attorneys for Defendants BONNIE
SAYERS and JANET BROWN

**PROOF OF SERVICE**
Linda Cooper v County of San Luis Obispo, et al.
Case No. 2:24-cv-08187-DDP-AJR

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 611 Anton Boulevard, Suite 450, Costa Mesa, California 92626.

On February 10, 2026, I served true copies of the following document described as **ANSWER OF JANET BROWN TO JEFFREY BRANCO, JR.'S COMPLAINT IN INTERVENTION FOR DAMAGES/ INJUNCTIVE RELIEF/DEMAND FOR JURY TRIAL** on the interested parties in this action as follows: SEE ATTACHED LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address cscherz@messner.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    **BY CM/ECF NOTICE ELECTRONIC FILING:** I electronically filed documents with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

**FEDERAL:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2026, at Orange, California.

*/s/ Claudia Scherz*
CLAUDIA SCHERZ