UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO, *et al.* | Case No. 2:24-cv-08187-CVD-AJR |
| Plaintiffs, | **ORDER RE PRE-TRIAL AND TRIAL DEADLINES** |
| v. | |
| COUNTY OF SAN LUIS OBISPO, *et al.*, | |
| Defendants. | |

On January 29, 2026, per the Court's Order of January 15, 2026 (Doc. # 155), granting Plaintiff Jeffrey Branco Jr.'s motion to intervene, the Parties filed a Stipulation proposing new pre-trial and trial deadlines. The Court, having reviewed the proposed dates, and good cause having been found, hereby ORDERS that the scheduling order governing this action shall be as follows:

**1**

| Event | Proposed Date |
|---|---|
| Motion for Summary Judgment Hearing | February 27, 2026 |
| Fact Discovery Cutoff[1] | March 31, 2026 |
| Expert Disclosure (Initial) | May 21, 2026 |
| Expert Disclosure (Rebuttal) | June 4, 2026 |
| Expert Discovery Cutoff | July 1, 2026 |
| Trial Documents (First Round) | July 13, 2026 |
| Trial Documents (Second Round) | July 27, 2026 |
| Pre-Trial Conference/hearings on Motions in Limine | August 14, 2026 |
| Trial Date | September 1, 2026 |

**IT IS SO ORDERED.**

DATED:  2/13/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

---

[1] As to Plaintiff Jeffrey Branco, Jr. only.

2

PRE-TRIAL AND TRIAL DEADLINES PER COURT'S ORDER, DKT. 155