UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:24-cv-08187-CV (AJRx) | Date March 2, 2026 |
| Title *Linda Cooper v. County of San Luis Obispo, et al.* | |

Present: The Honorable  Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Court Smart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Cameron Sehat | David P. Hall<br>Crystal Rorabaugh<br>Lawya Rangel |

**Proceedings:** JOINT MOTION FOR SUMMARY JUDGEMENT [143]

Case is called and counsel make their appearances. A motion hearing for a joint summary judgment order is held. The Court invites counsel to make oral argument. Arguments by counsel are heard.

For the reasons stated on the record, the Court takes the matters under submission. An order will issue.

IT IS SO ORDERED.