UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:24-cv-08187-CV (AJRx)** | Date | April 1, 2026 |
| Title | ***Linda Cooper v. County of San Luis Obispo, et al.*** | | |

Present: The Honorable    Cynthia Valenzuela, United States District Judge

| | |
|---|---|
| Jessica Cortes | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE REQUEST FOR DECISION [L.R. 83-9.2]**

Due to the Court's caseload and congestion in the Court's calendar—particularly with numerous urgent immigration related applications for temporary restraining orders filed with this Court within the previous six months—the Court hereby advises the parties that it will not be able to issue a decision with respect to Defendants' Motion to Dismiss (Doc. # 119) by the deadline set forth in the Court's Order of December 22, 2025. The Court hopes and intends to issue its decision relating to the subject motion no later than **June 30, 2026**.

**IT IS SO ORDERED.**