Name and address:
Bernhard E. Bihr, Esq.
bbihr@veatchfirm.com
Veatch Carlson, LLP
1055 Wilshire Blvd., 11th Floor
Los Angeles, CA 90017
Attorneys for Defendants, SIERRA MENTAL WELLNESS
GROUP, ET AL.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOPER, ET AL.<br><br>v.<br>PLAINTIFF(S)<br><br>COUNTY OF SAN LUIS OBISPO, ET AL.<br><br>DEFENDANT(S) | CASE NUMBER:<br><br>2:24-cv-08187-CV (AJRx)<br><br>**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** |

### INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

### SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it <u>currently</u> appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Bernard E. Bihr                                          CA Bar Number: 59146

Firm or agency: Veatch Carlson, LLP

Address: 1055 Wilshire Blvd., 11th Floor, Los Angeles, CA 90017

Telephone Number: (213) 381-2861                Fax Number: (213) 383-6370

Email: bbihr@veatchfirm.com

Counsel of record for the following party or parties: Defendants, SIERRA MENTAL WELLNESS GROUP

JOSH SIMPSON, and SHELLI WATSON sued herein as SHELLE WATSON

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket.  The date of the attorney's first appearance in this case: _____ .

☒ The filing of this form constitutes the first appearance in this case of the attorney listed above.  Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above.  No other members of this attorney's firm or agency have previously appeared in the case.

☐ By order of the court dated _____ in case number _____ (see attached copy), the attorney listed above may appear in this case without applying for admission to practice *pro hac vice.*

☐ This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number _____.  The attorney listed above is counsel of record in this case in the transferee district, and is permitted by the rules of the JPML to continue to represent his or her client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

☐ On _____, the attorney listed above was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

*In addition, if this is a criminal case, please check the applicable box below.  The attorney listed above is:*

☐ USAO   ☐ FPDO   ☐ CJA Appointment   ☐ Pro Bono   ☐ Retained

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Notices of Electronic Filing will be terminated. Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket.  Date of the order relieving this attorney: _____ .

☐ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.

*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing.  Date party was dismissed: _____ .

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated.  Date the mandate was filed: _____ .

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: March 27, 2026

Signature: /s/ Bernard E. Bihr

Name: Bernard E. Bihr

**CERTIFICATE OF SERVICE**

***Linda Cooper v. County of San Luis Obispo, et al.***
***Case No.:  2:24-cv-08187-CV (AJRx)***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, 11th Floor, Los Angeles, California 90017-2444.

On April 20, 2026**,** I served the foregoing document **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL** on interested parties in this action by one or more of the following methods:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **ELECTRONIC MAIL SERVICE:** Only by e-mailing the document(s) from my email address (kesquivel@veatchfirm.com) to the persons at the e-mail address(es) listed.  I served the above documents by electronic mail in the United States by causing the within document to be transmitted to the attorneys of record for the parties herein at the email address(es) of said attorney(s) as indicated below. The electronic service complied with *Code of Civil Procedure* § 1010.6 and CRC Rule 2.251 and was reported as complete and without error. I am readily familiar with Veatch Carlson, LLP's business practices for electronic service.

☐ **BY MAIL** (C.C.P. §§ 1013a, *et seq.*)**:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:**  I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ **FEDERAL:**  I declare that I am employed in the office of a member of the bar of

3

NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL
- CASE NO:  2:24-cv-08187-CV (AJRx)

VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and State of California, that the foregoing is true and correct. Executed on **April 20, 2026,** at Los Angeles, California.

Kelly Esquivel
Type or Print Name

Signature

VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL
- CASE NO:  2:24-cv-08187-CV (AJRx)**

**SERVICE LIST**

*Linda Cooper v. County of San Luis Obispo, et al.*
*Case No.:  2:24-cv-08187-DDP (AJRx)*

**_Attorneys for Plaintiff, LINDA COOPER, Individually and on behalf of the Estate of Elina Quinn Branco_**
Cameron Sehat, Esq.
Jeffrey Mikel, Esq.
Nathalie Smith, Esq.
Andrea Monge, Esq.
**THE SEHAT LAW FIRM, PLC**
5100 Campus Drive, Suite 200
Newport Beach, CA 92612
Telephone: (949) 825-5200 / Facsimile: (949) 313-5001
Email:
cameron@sehatlaw.com; j.mikel@sehatlaw.com; andrea.m@sehatlaw.com;
Alexis Quinones Alexis@sehatlaw.com

**Attorney for Plaintiff JEFFREY BRANCO, JR.**
Marjorie Heinrich, Esq.
Ethan Wimert, Esq.
**HEINRICH LAW, PC**
1900 Powell Street, Ste. 450
Emeryville, CA 94608
Telephone: (510) 944-0110
Facsimile: (510) 944-0109
marjorie@heinrichlaw.net
ethan@heinrichlaw.net
Araceli Gomez araceli@heinrichlaw.net

**Attorney for Plaintiff JEFFREY BRANCO, JR.**
Andje M. Medina (SBN 251288)
Jasleen Singh (SBN 315315)
**ALTAIR LAW**
465 California Street, 5th Floor
San Francisco, CA 94104
Telephone: (415) 988-9828
amedina@altairlaw.com

**VEATCH CARLSON, LLP**
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL
- CASE NO:  2:24-cv-08187-CV (AJRx)**

jsingh@altairlaw.com
Madeleine Scherler, mscherler@altairlaw.com
Paralegal Aleen Baronian abaronian@altairlaw.com

*__Attorneys for Defendant, SAVANNAH WILLIAMS__*
Katharine L. Spaniac, Esq.
Richard R. Clouse, Esq.
Yolanda E. Lopez, Esq.
Lawya L. Rangel, Esq.
**CLOUSESPANIAC**
8038 Haven Avenue, Suite E
Rancho Cucamonga, CA 91730-3048
Telephone: 909-941-3388 / Facsimile: 909-941-3389
E-Mails:
klspaniac@csattys.com; rrclouse@csattys.com ; yelopez@csattys.com;
gcrosswhite@csattys.com; pfeltnor@csattys.com; mmedina@csattys.com;
service@csattys.com; llrangel@csattys.com;


*__Attorneys for Defendant, BETHANY AURIOLES__*
Daniel R. Friedenthal, Esq.
**FRIEDENTHAL, HEFFERNAN & BROWN, LLP**
1520 W. Colorado Boulevard, Second Floor
Pasadena, California 91105
Telephone: (626) 628-2800 / Facsimile: (626) 628-2828
E-Mail:
dfriedenthal@fhblawyers.com; jbrown@fhblawyers.com; nruiz@fhblawyers.com;


*__Attorneys for Defendant, JULIA TIDIK, NP__*
Brian L. Hoffman, Esq.
Crystal L Rorabaugh, Esq.
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310.481.7600 ♦ Fax: 310.481.7650
E-Mail:
bhoffman@wshblaw.com; crorabaugh@wshblaw.com; javilagonzales@wshblaw.com;
favila@wshblaw.com ,

VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

6

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL
- CASE NO:  2:24-cv-08187-CV (AJRx)**

VEATCH CARLSON, LLP
A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS
1055 WILSHIRE BOULEVARD, 11TH FLOOR
LOS ANGELES, CALIFORNIA 90017

***Attorneys for Defendants, COUNTY OF SAN LUIS OBISPO and JASON HOOSON***

David Hall, Esq.

Kelly Duncan, Esq.

**Manning & Kass, Ellrod, Ramirez, Tresler**

4001 Eleventh Street

Riverside, CA 92501

Telephone: (951) 509-1355

Facsimile: (951) 509-1356

E-Mail:

David.Hall@manningkass.com;

Kelly.duncan@manningkass.com;

Jill.Szalonek@manningkass.com;

Annette.houston@manningkass.com;

Sandra.alarcon@manningkass.com;

***Attorneys for Defendants BONNIE SAYERS and JANET BROWN***

Andrew Hollins, Esq.

Ethan Reimers, Esq.

**MESSNER REEVES LLP**

611 Anton Boulevard, Ste. 450

Costa Mesa, California 92626

Telephone:(949) 612-9128

Facsimile: (949) 438-2304

E-mails:

ahollins@messner.com; ereimers@messner.com; mroccalendar@messner.com;

jtusko@messner.com; sjohnson@messner.com; cscherz@messner.com;

7

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL
- CASE NO:  2:24-cv-08187-CV (AJRx)**