THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
Jeffrey Mikel, Esq. (SBN 350671)
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: Cameron@sehatlaw.com

Attorneys for Plaintiff, Linda Cooper, Individually
And On Behalf Of The Estate Of Elina Quinn Branco

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO, JEFFREY BRANCO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit Corporation, JASON HOOSON, individually, SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually, JANET BROWN, individually, SHELLE WATSON, individually; DOES  1 through 10, inclusive, | Case No.: 2:24-cv-08187-SVW(AJRx) <br><br> **NOTICE OF SETTLEMENT** |

-1-

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that counsel for the parties have agreed on tentative global settlement terms in this matter. The settlement terms have been approved by the San Luis Obispo County Board of Supervisors and remain subject to approval by PRISM. The matter is being placed on the Board's closed session agenda for their formal consideration. In the meantime, the parties request that the Court vacate all pending litigation dates and deadlines so as to permit conservation of client time and resources.

Upon finalization of the settlement and the execution of a mutually agreed upon release, the entire case and all defendants shall be dismissed with prejudice. All parties intend to file a Stipulation for Dismissal of the Complaint with Prejudice pursuant to the approved settlement of this matter.

Date: June 19, 2026                    THE SEHAT LAW FIRM, PLC

By*/s/Cameron Sehat*
Cameron Sehat Esq.,
Attorneys for Plaintiff

## PROOF OF SERVICE BY MAIL

I am employed in the County of ORANGE, State of California, I am over the age of eighteen years and not a party to the within-entitled action: my business address is: 5100 Campus Drive, Suite 200, Newport Beach, California 92660.

On June 19, 2026, I served the foregoing document described as **NOTICE OF SETTLEMENT** on interested parties in this action by ne or more of the following methods:

## (SEE ATTACHED SERVICE LIST)

**X** **(BY COURT'S CM/ECF SYSTEM):** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

**X** **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 19, 2026, at Newport Beach, California.

/s/ *Alexis Quinones*
Alexis Quinones

-3-

**Attachment**

| | |
|---|---|
| CLOUSESPANIAC ATTORNEYS<br>Katharine L. Spaniac, Esq.<br>Lawya L. Rangel, Esq.<br>Yolanda E. Lopez, Esq.<br>Maria Medina<br>8038 Haven Avenue, Suite E<br>Rancho Cucamonga, CA 91730<br>Telephone: (909) 941-3388<br>rrclouse@csattys.com<br>klspaniac@csattys.com<br>llrangel@csattys.com<br>yelopez@csattys.com<br>service@csattys.com<br>mmedina@csattys.com<br>SAVANNAH WILLIAMS,<br>*Attorneys for Defendant* | VEATCH CARLSON, LLP<br>Serena L. Nervez, Esq.<br>Mark M. Rudy, Esq.<br>1055 Wilshire Blvd., 11th FloLos<br>Angeles, CA 90017-2444<br>Telephone: (213) 381-2861<br>snervez@veatchfirm.com<br>mrudy@veatchfirm.com<br>kesquivel@veatchfirm.com<br>SIERRA MENTAL WELLNESS<br>GROUP, JOSH SIMPSON, and<br>SHELLI WATSON,<br>Attorneys for Defendants |
| FRIEDENTHAL, HEFFERNAN &<br>BROWN, LLP<br>Daniel R. Friedenthal, Esq.<br>1520 W. Colorado Boulevard, 2nd<br>Floor<br>Pasadena, CA 91105<br>Telephone: (626) 628-2800<br>dfriedenthal@fhblawyers.com<br>jbrown@fhblawyers.com<br>nruiz@fhblawyers.com<br>BETHANY AURIOLES,<br>Attorneys for Defendant | WOOD, SMITH, HENNING &<br>BERMAN LLP<br>Brian L. Hoffman, Esq.<br>Crystal L Rorabaugh, Esq.<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, California 90024-3804<br>Telephone: (310) 481-7600<br>bhoffman@wshblaw.com<br>crorabaugh@wshblaw.com<br>favila@wshblaw.com<br>javilagonzales@wshblaw.com<br>JULIA TIDIK, NP,<br>*Attorneys for Defendant* |
| Manning & Kass, Ellrod, Ramirez,<br>Trester LLP<br>David Hall, Esq.<br>4001 Eleventh Street<br>Riverside, CA  92501<br>Tel: (951) 509-1355<br>Fax: (951) 509-1356 | MESSNER REEVES LLP<br>Ethan Reimers, Esq.<br>611 Anton Boulevard, Suite 450<br>Costa Mesa, CA 92626<br>Telephone: (949) 335-7916<br>ereimers@messner.com<br>AHollins@messner.com |

| | |
|---|---|
| Kelly.duncan@manningkass.com<br>David.Hall@manningkass.com<br>Doug.Smith@manningkass.com<br>Julian.Lee@manningkass.com<br>Annette.Houston@manningkass.com<br>Sandra.alarcon@manningkass.com.<br>Manning & Kass, Ellrod, Ramirez,<br>Trester LLP<br><br>Attorneys for Def COSLO and Jason<br>Hooson | CScherz@messner.com<br>SJohnson@messner.com<br>AAegerter@messner.com<br>BONNIE SAYERS AND JANET<br>BROWN,<br>*Attorneys for Defendants* |
| Heinrich Law, LLP<br>Marjorie Heinrich, Esq.<br>1900 Powell St #450, Emeryville, CA<br>94608<br>Telephone: (510) 570-1608<br>marjorie@heinrichlaw.net<br>ethan@heinrichlaw.net<br>Andrea@heinrichlaw.net<br>Heinrich Law<br>*Attorneys for Plaintiff Jeffrey Branco* | Altair Law, LLP<br>Andje Medina, Esq.<br>Jasleen Singh, Esq.<br>465 California St 5th floor, San<br>Francisco, CA<br>Telephone: (415) 797-0929<br>amedina@altairlaw.com<br>jsingh@altairlaw.com<br>mscherler@altairlaw.com<br>abaronian@altairlaw.com<br>Altair Law, LLP<br>Attorneys for Plaintiff Jeffrey Branco |