THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
Jeffrey Mikel, Esq. (SBN 350671)
5100 Campus Dr., Suite 200
Newport Beach, CA 92660
Telephone: (949) 825-5200
Facsimile: (949) 313-5001
Email: Cameron@sehatlaw.com

Attorneys for Plaintiff, Linda Cooper, Individually
And On Behalf Of The Estate Of Elina Quinn Branco

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LINDA COOPER, Individually, And On Behalf Of The Estate Of Decedent, ELINA QUINN BRANCO, JEFFREY BRANCO, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN LUIS OBISPO, a governmental entity, form unknown; SIERRA MENTAL WELLNESS GROUP, a California Non-Profit Corporation, JASON HOOSON, individually, SAVANNAH WILLIAMS, individually; JOSH SIMPSON, individually; BONNIE SAYERS, individually; JULIA TIDIK, individually; BETHANY AURIOLES, individually, JANET BROWN, individually, SHELLE WATSON, individually; DOES 1 through 10, inclusive, | Case No.: 2:24-cv-08187-SVW(AJRx)<br><br>**PLAINTIFF'S MOTION TO REOPEN CASE PENDING COMPLETION OF SETTLEMENT PER COURT'S ORDER [DKT. 188]** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE that Plaintiff hereby moves this Court for an order reopening the above-captioned action for the limited purpose of permitting the parties to complete, and if needed enforce, the settlement reached in this matter.

Plaintiff Linda Cooper respectfully requests that the Court reopens the action temporarily for a period of 30-45 days and permit the parties to complete the outstanding settlement obligations described below. Once those obligations have been met, Plaintiff will promptly notify the Court and, if appropriate, request that the action again be dismissed pursuant to the parties' settlement.

The only remaining group of Defendants with an outstanding settlement obligation are Sierra Mental Wellness Group, Savannah Williams, Bonnie Sayers, Bethany Aurioles, Janet Brown, and Shelle Watson, as both County, Josh Simpson and Julia Tidik Defendants have finalized and disbursed their portion of settlement drafts to the Plaintiff.

Sierra Defendants' settlement drafts remain outstanding with pending releases back from co-plaintiff Jeff Branco. As indicated by Sierra Mental Wellness Group's counsel, upon receipt of both Plaintiffs' executed long form settlement agreements, disbursement of Sierra Mental Wellness Group's defendant settlement portions should take no longer than 10 days from the receipt of the executed release.

Date: September 17, 2026

THE SEHAT LAW FIRM, PLC

By*/s/Cameron Sehat*
Cameron Sehat Esq.,
Attorneys for Plaintiff

**PROOF OF SERVICE BY MAIL**

I am employed in the County of ORANGE, State of California, I am over the age of eighteen years and not a party to the within-entitled action: my business address is: 5100 Campus Drive, Suite 200, Newport Beach, California 92660.

On September 17, 2026, I served the foregoing document described as PLAINTIFF'S MOTION TO REOPEN CASE PENDING COMPLETION OF SETTLEMENT PER COURT'S ORDER [DKT. 188]on interested parties in this action by ne or more of the following methods:

**(SEE ATTACHED SERVICE LIST)**

**X** **(BY COURT'S CM/ECF SYSTEM):** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

**X** **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 17, 2026, at Newport Beach, California.

/s/ *Alexis Quinones*
Alexis Quinones

**Attachment**

| | |
|---|---|
| CLOUSESPANIAC ATTORNEYS<br>Katharine L. Spaniac, Esq.<br>Lawya L. Rangel, Esq.<br>Yolanda E. Lopez, Esq.<br>Maria Medina<br>8038 Haven Avenue, Suite E<br>Rancho Cucamonga, CA 91730<br>Telephone: (909) 941-3388<br>rrclouse@csattys.com<br>klspaniac@csattys.com<br>llrangel@csattys.com<br>yelopez@csattys.com<br>service@csattys.com<br>mmedina@csattys.com<br>SAVANNAH WILLIAMS,<br>*Attorneys for Defendant* | VEATCH CARLSON, LLP<br>Serena L. Nervez, Esq.<br>Mark M. Rudy, Esq.<br>1055 Wilshire Blvd., 11th FloLos Angeles, CA 90017-2444<br>Telephone: (213) 381-2861<br>snervez@veatchfirm.com<br>mrudy@veatchfirm.com<br>kesquivel@veatchfirm.com<br>SIERRA MENTAL WELLNESS GROUP, JOSH SIMPSON, and SHELLI WATSON,<br>Attorneys for Defendants |
| FRIEDENTHAL, HEFFERNAN & BROWN, LLP<br>Daniel R. Friedenthal, Esq.<br>1520 W. Colorado Boulevard, 2nd Floor<br>Pasadena, CA 91105<br>Telephone: (626) 628-2800<br>dfriedenthal@fhblawyers.com<br>jbrown@fhblawyers.com<br>nruiz@fhblawyers.com<br>BETHANY AURIOLES,<br>Attorneys for Defendant | WOOD, SMITH, HENNING & BERMAN LLP<br>Brian L. Hoffman, Esq.<br>Crystal L Rorabaugh, Esq.<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, California 90024-3804<br>Telephone: (310) 481-7600<br>bhoffman@wshblaw.com<br>crorabaugh@wshblaw.com<br>favila@wshblaw.com<br>javilagonzales@wshblaw.com<br>JULIA TIDIK, NP,<br>*Attorneys for Defendant* |
| Manning & Kass, Ellrod, Ramirez, Trester LLP<br>David Hall, Esq.<br>4001 Eleventh Street<br>Riverside, CA 92501<br>Tel: (951) 509-1355<br>Fax: (951) 509-1356 | MESSNER REEVES LLP<br>Ethan Reimers, Esq.<br>611 Anton Boulevard, Suite 450<br>Costa Mesa, CA 92626<br>Telephone: (949) 335-7916<br>ereimers@messner.com<br>AHollins@messner.com |

| | |
|---|---|
| Kelly.duncan@manningkass.com<br>David.Hall@manningkass.com<br>Doug.Smith@manningkass.com<br>Julian.Lee@manningkass.com<br>Annette.Houston@manningkass.com<br>Sandra.alarcon@manningkass.com.<br>Manning & Kass, Ellrod, Ramirez, Trester LLP<br><br>Attorneys for Def COSLO and Jason Hooson | CScherz@messner.com<br>SJohnson@messner.com<br>AAegerter@messner.com<br>BONNIE SAYERS AND JANET BROWN,<br>*Attorneys for Defendants* |
| Heinrich Law, LLP<br>Marjorie Heinrich, Esq.<br>1900 Powell St #450, Emeryville, CA 94608<br>Telephone: (510) 570-1608<br>marjorie@heinrichlaw.net<br>ethan@heinrichlaw.net<br>Andrea@heinrichlaw.net<br>Heinrich Law<br>*Attorneys for Plaintiff Jeffrey Branco* | Altair Law, LLP<br>Andje Medina, Esq.<br>Jasleen Singh, Esq.<br>465 California St 5th floor, San Francisco, CA<br>Telephone: (415) 797-0929<br>amedina@altairlaw.com<br>jsingh@altairlaw.com<br>mscherler@altairlaw.com<br>abaronian@altairlaw.com<br>Altair Law, LLP<br>Attorneys for Plaintiff Jeffrey Branco |